Misty A. Murray (SBN CA 196870)
mmurray@hinshawlaw.com
Janille Chambers (SBN CA 307858)
jchambers@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Plaintiff-in-Interpleader
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　　vs.<br><br>KIMBERLI WHEELER, an individual; and ANNE WILSON, an individual,<br><br>　　　　Defendants-in-Interpleader. | Case No.  5:21-cv-1090<br><br>**COMPLAINT-IN-INTERPLEADER BY PLAINTIFF-IN-INTERPLEADER METROPOLITAN LIFE INSURANCE COMPANY** |

Plaintiff-in-Interpleader Metropolitan Life Insurance Company ("MetLife"), by and through its attorneys, for its Complaint-in-Interpleader states:

## PARTIES

1.      Plaintiff-in-Interpleader MetLife is, and at all relevant times was, a corporation organized under the laws of the state of New York, with its principal place of business in New York.

2.      MetLife is informed and believes, and on that basis alleges, that Defendant-in-Interpleader Anne Wilson ("Wilson") is the former spouse of the now-deceased Brian Minor ("Decedent") and is, and at all relevant times was, a citizen and resident of Coeur d'Alene, Idaho.

3.      MetLife is informed and believes, and on that basis alleges, that Defendant-in-Interpleader Kimberli Wheeler ("Wheeler") is the surviving daughter of Decedent and is, and at all relevant times was, a citizen and resident of Alta Loma, California.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1335 and 28 U.S.C. § 2361 in that the amount in controversy exceeds $500, exclusive of interest and costs, and there is diversity of citizenship between Wheeler, on the one hand, and Wilson, on the other hand.  Further, upon leave of court, MetLife will deposit the stake at issue into the court registry, so that distribution of disputed funds may be made in accordance with the judgment of the court.

5.      Venue is proper pursuant to 28 U.S.C. § 1391(b) because Wheeler resides in this district and a substantial part of the events giving rise to this action occurred in this district.

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1042584\308442338.v2

## FIRST CLAIM FOR RELIEF IN INTERPLEADER

6.      Decedent was an employee of the County of Los Angeles Police Department and a member of the Los Angeles Police Protective League ("LAPPL"), a police union.   MetLife issued a Group Term Life & Accidental Death and Dismemberment Insurance Policy, no. 161164-1-G, to the LAPPL, which funded life insurance benefits for the LAPPL benefit program.  As a benefit of his employment, Decedent was eligible to enroll in life insurance benefits through the LAPPL benefit program.  As of the date of his death, Decedent had Supplemental Life Insurance benefits in the amount of $8,000 ("Policy Benefits").  Attached hereto as Exhibit "A" is a true and correct copy of the Certificate of Insurance that sets forth the terms and conditions of the Group Policy issued to the LAPPL, which are collectively referred to herein as the "Group Policy."

7.      The Group Policy provides that a covered employee, such as Decedent, may designate a beneficiary to whom MetLife will pay the Policy Benefits, in relevant part, as follows:

**Beneficiary**

You may designate a Beneficiary in Your application or enrollment form.  You may change Your Beneficiary at any time.  To do so, You must send a Signed and dated, Written request to the Policyholder using a form satisfactory to Us. Your Written request to change the Beneficiary must be sent to the Policyholder within 30 days of the date You sign such request.

You do not need the Beneficiary's consent to make a change.  When We receive the change, it will take effect as of the date You Signed it.  The change will not apply to any payment made in good faith by Us before the change request was recorded. [Ex. A at p. 67.]

8.      On information and belief, Decedent died on October 27, 2020.  A true and correct copy of Decedent's death certificate is attached hereto as Exhibit "B."

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1042584\308442338.v2

9.    Upon Decedent's death, the Policy Benefits became payable to the proper beneficiary or beneficiaries pursuant to the terms of the Group Policy.

10.    The latest beneficiary designation on file is dated September 13, 1989 and designates Wilson (formerly Anne Marie Minor) as the Primary Beneficiary of the Policy Benefits, and Wheeler (formerly Kimberli Jean Minor) as the Secondary Beneficiary of the Policy Benefits ("September 1989 Beneficiary Designation").  A true and correct copy of the September 1989 Designation is attached hereto as Exhibit "C."

11.    On or about November 9, 2020, Wheeler submitted a Life Insurance Claim form to MetLife asserting that she was a beneficiary of the Policy Benefits and entitled to payment.  A true and correct copy of Wheeler's November 9, 2020 claim form is attached hereto as Exhibit "D."

12.    On or about November 16, 2020, Wilson submitted a Life Insurance Claim form to MetLife asserting that she was a beneficiary of the Policy Benefits and entitled to payment.  A true and correct copy of Wilson's November 16, 2020 claim form is attached hereto as Exhibit "E."

13.    With her claim form, Wilson also submitted a copy of a June 29, 2007 divorce judgment ("Judgment") regarding the dissolution of her marriage from Decedent.  A true and correct copy of the divorce judgment is attached hereto as Exhibit "F."

14.    The Judgment makes no mention of any insurance policies for division amongst the parties. However, the Judgment provides, in pertinent part, as follows:

> "The Court awards to the Respondent the following community property as his sole and separate property and Respondent is ordered to pay any encumbrance thereon and to appear on behalf of, defend and hold the Petitioner free and harmless therefrom:
>
> …5. All retirement benefits accumulated by Respondent through his employment with the Los Angeles Police Department."  [Ex. F at p. 3]

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1042584\308442338.v2

15.    By letter dated December 8, 2020, MetLife advised Wheeler that it had received her claim for the Policy Benefits.  The letter explained that the latest beneficiary designation on file that was completed by the Decedent did not name Wheeler as the primary beneficiary. The letter further addressed the fact that the Judgment did not clearly indicate that Wilson had waived her rights to the Policy Benefits at issue.  Given these facts, MetLife advised Wheeler that her claim was denied.  MetLife also advised Wheeler that she could appeal MetLife's decision and provided 60 days to do so.  A true and correct copy of MetLife's December 8, 2020 letter to Wheeler is attached hereto as Exhibit "G."

16.    By letter dated December 8, 2020, MetLife advised Wilson that it had received a claim from another person for the Policy Benefits, that the claim had been denied, and that MetLife would permit that person to appeal the denial within 60 days and would suspend Wilson's claim during that period.  A true and correct copy of MetLife's December 8, 2020 letter to Wilson is attached hereto as Exhibit "H."

17.    On December 18, 2020, Wheeler,  through her attorney Karl K. Rudbach, Esq., submitted an appeal on Wheeler's behalf, claiming that MetLife's decision was incorrect, that the Judgment did not award the Policy Benefits to Wilson, and that Wheeler was entitled to the Policy Benefits under governing law.  A true and correct copy of Attorney Rudbach's December 18, 2020 letter is attached hereto as Exhibit "I."

18.    By letter dated February 5, 2020, MetLife advised Attorney Rudbach that it was reviewing Wheeler's appeal.  A true and correct copy of MetLife's February 5, 2020 letter to Attorney Rudbach is attached hereto as Exhibit "J."

19.    By letter dated February 5, 2020, MetLife advised Wilson that it was in the process of reviewing an appeal submitted by  the other party regarding the Policy Benefits at issue.  A true and correct copy of MetLife's February 5, 2020 letter to Wilson is attached hereto as Exhibit "K."

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

4

1042584\308442338.v2

20.    By letter dated February 16, 2020, MetLife advised Wilson and Wheeler (through her counsel) that their claims were adverse to one another and raised questions of fact and law that could not be resolved by MetLife without exposing MetLife to the danger of double liability. MetLife gave the Defendants-in-Interpleader an opportunity to resolve their dispute in order to preserve the Policy Benefits from litigation fees and costs associated with an interpleader action.  A true and correct copy of MetLife's February 16, 2020 letter is attached hereto as Exhibit "L"

21.    Defendants-in-Interpleader were provided 60 days in which to resolve their dispute and provide MetLife with a letter evidencing their agreement.  However, no agreement was ever received.

22.    Given the competing claims to the Policy Benefits in the amount of $8,000 and the parties' inability to reach a resolution, MetLife had no choice but to proceed with an interpleader action.

## CLAIM FOR RELIEF IN INTERPLEADER
### (Against all Defendants-in-Interpleader)

23.    MetLife incorporates by reference paragraphs 1 through 22 above, as though fully set forth herein.

24.    The terms of the Group Policy require MetLife to pay the Policy Benefits to the beneficiary or beneficiaries of record designated at the time of Decedent's death.  As set forth above, MetLife has been presented with competing and adverse claims to the Policy Benefits.   MetLife is unable to determine which of the Defendants-in-Interpleader is entitled to the Policy Benefits and is unable to pay out the remainder of the Policy Benefits without the risk of double liability. MetLife files this interpleader complaint in good faith and without any collusion with any of the parties hereto.  MetLife claims no interest in the contested Policy Benefits (except to recover its attorneys' fees and costs of this action) and is merely a disinterested

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1042584\308442338.v2

stakeholder in the action. MetLife admits its liability under the Group Policy and will deposit the Policy Benefits plus applicable interest with the Court in connection with these proceedings for disbursement in accordance with the judgment of this Court.

25.    MetLife is, and always has been, ready, able, and willing to pay the Policy Benefits to the person(s) who may be lawfully entitled to receive them. However, MetLife is unable to determine who is entitled to receive these funds without being subject to the real and reasonable potential of multiple liabilities as a result of the competing claims described above.

26.    MetLife has incurred, and will continue to incur, attorneys' fees and costs in connection with this interpleader action and will seek to recover those fees from the stake at issue.

## **PRAYER FOR RELIEF**

WHEREFORE, MetLife prays for judgment against Defendants-in-Interpleader, and each of them, as follows:

1.    That Defendants-in-Interpleader, and each of them, be required to interplead and litigate or settle amongst themselves their claims to the Policy Benefits at issue;

2.    That this Court enter an order setting forth the proper recipient(s) of the contested Policy Benefits;

3.    That the Court enter an order restraining and enjoining the Defendants-in-Interpleader from instituting any action or proceeding in any state or federal court against MetLife, the LAPPL, or their agents for the recovery of the Policy Benefits, plus any applicable interest, by reason of the death of Decedent;

4.    That MetLife be discharged of all liability with respect to the Group Policy and the Policy Benefits due thereunder as a result of Decedent's death and be dismissed from the action;

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1042584\308442338.v2

1    5.    That MetLife be awarded its attorneys' fees and costs, paid out of the

2    stake to be deposited with the Court;

3    6.    That MetLife be awarded such other and further relief as this Court

4    deems just, equitable, and proper.

5

6    DATED:  June 29, 2021              Hinshaw & Culbertson LLP

7

8                                      By: */s/ Misty A. Murray*
                                          MISTY A. MURRAY
9                                          JANILLE CHAMBERS
                                          Attorneys for Plaintiff-in-Interpleader
10                                         Metropolitan Life Insurance Company

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HINSHAW & CULBERTSON** LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

7

1042584\308442338.v2

# Exhibit A

# YOUR BENEFIT PLAN

# Los Angeles Police Protective League (LAPPL)

**All Los Angeles Police Protective League Members and All Employees of the Los Angeles Police Protective League who Retired prior to March 1, 2016.**

**Supplemental Life Insurance**

**Dependent Life Insurance**

**Supplemental Accidental Death and Dismemberment Insurance**

**Dependent Accidental Death and Dismemberment Insurance**

**Certificate Date: March 1, 2016**

Certificate Number 3A

Los Angeles Police Protective League (LAPPL)
1308 W. 8th Street
Los Angeles, CA  90017

TO OUR RETIRED EMPLOYEES:

All of us appreciate the protection and security insurance provides.

This certificate describes the benefits that are available to you. We urge you to read it carefully.

Los Angeles Police Protective League (LAPPL)

# MetLife

Metropolitan Life Insurance Company
200 Park Avenue, New York, New York  10166

**CERTIFICATE RIDER**

**Group Policy No.:**        161164-1-G

**Policyholder:**             Los Angeles Police Protective League (LAPPL)

**Effective Date:**          March 1, 2016

The Group Term Life & Accidental Death and Dismemberment Insurance Certificate is changed as follows:

To add the following definition of Child to the certificate: (for residents of Louisiana, Montana, New Mexico, Texas, and Utah, the Child definition is modified as explained in the Notice pages of this certificate - please consult the Notice)

**Child** means the following:

**for Life Insurance**, Your natural child, adopted child (including a child from the date of placement with the adopting parents until the legal adoption) or stepchild (including the child of a Domestic Partner); and who, in each case, is under age 26 and supported by You.

The term includes an unmarried newly eligible employee's child who is incapable of self-sustaining employment because of a mental or physical handicap as defined by applicable law, and has been so handicapped continuously since a date before the child reached the limiting age and who otherwise qualifies as a Child except for the age limit. Proof of such handicap must be sent to the Us within 31 days after the date the Child becomes eligible for insurance and at reasonable intervals after such date.

For the purposes of determining who may become covered for insurance, the term does not include any person who:

- is on active duty in the military of any country or international authority; however, active duty for this purpose does not include weekend or summer training for the reserve forces of the United States, including the National Guard; or

- is insured under the Group Policy as an employee.

**for Dependent Accidental Death and Dismemberment Insurance**, Your natural child, adopted child (including a child from the date of placement with the adopting parents until the legal adoption) or stepchild (including the child of a Domestic Partner); and who, in each case, is under age 26, unmarried and supported by You.

The term includes an unmarried newly eligible employee's child who is incapable of self-sustaining employment because of a mental or physical handicap as defined by applicable law, and has been so handicapped continuously since a date before the child reached the limiting age and who otherwise qualifies as a Child except for the age limit. Proof of such handicap must be sent to the Us within 31 days after the date the Child becomes eligible for insurance and at reasonable intervals after such date.

**GCR08-41**
**def**

For the purposes of determining who may become covered for insurance, the term does not include any person who:

- is on active duty in the military of any country or international authority; however, active duty for this purpose does not include weekend or summer training for the reserve forces of the United States, including the National Guard; or
- is insured under the Group Policy as an employee.

**This rider is to be attached to and made a part of the Certificate.**

# MetLife

Metropolitan Life Insurance Company
200 Park Avenue, New York, New York  10166

## CERTIFICATE OF INSURANCE

Metropolitan Life Insurance Company ("MetLife"), a stock company, certifies that You and Your Dependents are insured for the benefits described in this certificate, subject to the provisions of this certificate.  This certificate is issued to You under the Group Policy and it includes the terms and provisions of the Group Policy that describe Your insurance.  **PLEASE READ THIS CERTIFICATE CAREFULLY.**

This certificate is part of the Group Policy. The Group Policy is a contract between MetLife and the Policyholder and may be changed or ended without Your consent or notice to You.

| | |
|---|---|
| **Policyholder:** | Los Angeles Police Protective League (LAPPL) |
| **Group Policy Number:** | 161164-1-G |
| **Type of Insurance:** | Term Life & Accidental Death and Dismemberment Insurance |
| **MetLife Toll Free Number(s): For Claim Information** | FOR LIFE CLAIMS: 1-800-638-6420 |

PLEASE AFFIX THE STICKER
SHOWING THE EMPLOYEE'S
NAME AND EFFECTIVE DATE
IN THIS SPACE.

**THIS CERTIFICATE ONLY DESCRIBES TERM LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE.**

**REVIEW THIS CERTIFICATE CAREFULLY.  IF YOU ARE 65 OR OLDER ON YOUR EFFECTIVE DATE OF THIS CERTIFICATE, YOU MAY RETURN IT TO US WITHIN 30 DAYS FROM THE DATE YOU RECEIVE IT AND WE WILL REFUND ANY PREMIUM YOU PAID.  IN THIS CASE, THIS CERTIFICATE WILL BE CONSIDERED TO NEVER HAVE BEEN ISSUED.**

**THE BENEFITS OF THE POLICY PROVIDING YOUR COVERAGE ARE GOVERNED PRIMARILY BY THE LAWS OF A STATE OTHER THAN FLORIDA.**

**THE GROUP INSURANCE POLICY PROVIDING COVERAGE UNDER THIS CERTIFICATE WAS ISSUED IN A JURISDICTION OTHER THAN MARYLAND AND MAY NOT PROVIDE ALL THE BENEFITS REQUIRED BY MARYLAND LAW.**

**For Residents of North Dakota:** If You are not satisfied with Your Certificate, You may return it to Us within 20 days after You receive it, unless a claim has previously been received by Us under Your Certificate.  We will refund within 30 days of Our receipt of the returned Certificate any Premium that has been paid and the Certificate will then be considered to have never been issued.  You should be aware that, if You elect to return the Certificate for a refund of premiums, losses which otherwise would have been covered under Your Certificate will not be covered.

GCERT2000
fp                                                            1

**WE ARE REQUIRED BY STATE LAW TO INCLUDE THE NOTICE(S) WHICH APPEAR ON THIS PAGE
AND IN THE NOTICE(S) SECTION WHICH FOLLOWS THIS PAGE.  PLEASE READ THE(SE) NOTICE(S)
CAREFULLY.**

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener información o para presentar una queja: |
| You may call MetLife's toll free telephone number for information or to make a complaint at: | Usted puede llamar al número de teléfono gratuito de MetLife para obtener información o para presentar una queja al: |
| 1-800-638-6420 | 1-800-638-6420 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at: | Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre compañías, coberturas, derechos, o quejas al: |
| 1-800-252-3439 | 1-800-252-3439 |

You may write the Texas Department of Insurance:

P.O. Box 149104
Austin, TX  78714-9104
Fax: (512) 490-1007

Web: www.tdi.texas.gov

Email: ConsumerProtection@tdi.texas.gov

Usted puede escribir al Departamento de Seguros de Texas a:

P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 490-1007

Sitio Web: www.tdi.texas.gov

Email: ConsumerProtection@tdi.texas.gov

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim, you should contact MetLife first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

**DISPUTAS POR PRIMAS DE SEGURAS O RECLAMACIONES:**  Si tiene una disputa relacionada con su prima de seguro o con una reclamación, usted debe comunicarse con MetLife primero.  Si la disputa no es resuelta, usted puede comunicarse con el Departamento de Seguros de Texas.

**ATTACH THIS NOTICE TO YOUR CERTIFICATE:** This notice is for information only and does not become a part or condition of the attached document.

**ADJUNTE ESTE AVISO A SU CERTIFICADO:** Este aviso es solamente para propósitos informativos y no se convierte en parte o en condición del documento adjunto.

## NOTICE FOR RESIDENTS OF LOUISIANA, MONTANA, NEW MEXICO, TEXAS AND UTAH

## The Definition Of Child Is Modified For The Coverages Listed Below:

### For Louisiana Residents (Accidental Death and Dismemberment Insurance):

The term also includes Your grandchildren residing with You.  The age limit for children and grandchildren will not be less than 26, regardless of the child's or grandchild's marital status, student status or full-time employment status.  Your natural child, adopted child, stepchild or grandchild under age 26 will not need to be supported by You to qualify as a Child under this insurance.  In addition, marital status will not prevent or cease the continuation of insurance for a mentally or physically handicapped child or grandchild past the age limit.

### For Montana Residents (Accidental Death and Dismemberment Insurance):

The term also includes newborn infants of any person insured under this certificate. The age limit for children will not be less than 25, regardless of the child's student status or full-time employment status.  Your natural child, adopted child or stepchild under age 25 will not need to be supported by You to qualify as a child under this insurance.

### For New Mexico Residents (Accidental Death and Dismemberment Insurance):

The age limit for children will not be less than 25, regardless of the child's student status or full-time employment status. Your natural child, adopted child or stepchild will not be denied accidental death and dismemberment insurance coverage under this certificate because:

- that child was born out of wedlock;
- that child is not claimed as Your dependent on Your federal income  tax return; or
- that child does not reside with You.

### For Texas Residents (Life Insurance):

The term also includes Your grandchildren.  The age limit for children and grandchildren will not be less than 25, regardless of the child's or grandchild's student status or full-time employment status.  Your natural child, adopted child or stepchild under age 25 will not need to be supported by You to qualify as a Child under this insurance.  In addition, grandchildren must be able to be claimed by You as a dependent for Federal Income Tax purposes at the time You applied for Insurance.

### For Texas Residents (Accidental Death and Dismemberment Insurance):

The term also includes Your grandchildren.  The age limit for children and grandchildren will not be less than 25, regardless of the child's or grandchild's student status, full-time employment status or military service status.  Your natural child, adopted child or stepchild under age 25 will not need to be supported by You to qualify as a Child under this insurance.  In addition, grandchildren must be able to be claimed by You as a dependent for Federal Income Tax purposes at the time You applied for Insurance.

### For Utah Residents (Dependent Life or Dependent Accidental Death and Dismemberment Insurance):

The age limit for children will not be less than 26, regardless of the child's student status or full-time employment status. Your natural child, adopted child or stepchild under age 26 will not need to be supported by You to qualify as a Child under this insurance.  The term includes an unmarried child who is incapable of self-sustaining employment because of a mental or physical handicap as defined by applicable law and who has been continuously covered under an Accidental Death and Dismemberment plan since reaching age 26, with no break in coverage of more than 63 days, and who otherwise qualifies as a Child except for the age limit. Proof of such handicap must be sent to Us within 31 days after:

- the date the Child attains the limiting age in order to continue coverage; or
- You enroll a Child to be covered under this provision;

## NOTICE FOR RESIDENTS OF LOUISIANA, MONTANA, NEW MEXICO, TEXAS AND UTAH(continued)

and at reasonable intervals after such date, but no more often than annually after the two-year period immediately following the date the Child qualifies for coverage under this provision.  The Additional Requirement will not apply to a mentally or physically handicapped Child who has been continuously handicapped since a date before the Child reached the limiting age under this certificate and for whom satisfactory Proof of such handicap was been provided.

**NOTICE FOR RESIDENTS OF WASHINGTON**

**LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO)**

The Life Insurance accelerated benefit does not and is not intended to qualify as long-term care under Washington state law. Washington state law prevents this accelerated life benefit from being marketed or sold as long-term care.

**NOTICE FOR RESIDENTS OF ALL STATES**

## LIFE INSURANCE BENEFITS WILL BE REDUCED IF AN ACCELERATED BENEFIT IS PAID

**DISCLOSURE**:  The Life Insurance accelerated benefit offered under this certificate is intended to qualify for favorable tax treatment under the Internal Revenue Code of 1986.  If this benefit qualifies for such favorable tax treatment, the benefit will be excludable from Your income and not subject to federal taxation.  Tax laws relating to accelerated benefits are complex.  You are advised to consult with a qualified tax advisor about circumstances under which You could receive an accelerated benefit excludable from income under federal law.

**DISCLOSURE:**  Receipt of an accelerated benefit may affect Your, Your Spouse's or Your family's eligibility for public assistance programs such as Medical Assistance (Medicaid), Aid to Families with Dependent Children (AFDC), Supplementary Social Security Income (SSI), and drug assistance programs.  You are advised to consult with a qualified tax advisor and with social service agencies concerning how receipt of such payment will affect Your, Your Spouse's and Your family's eligibility for public assistance.

**NOTICE FOR RESIDENTS OF ARKANSAS**

If You have a question concerning Your coverage or a claim, first contact the Policyholder or group account administrator.  If, after doing so, You still have a concern, You may call the toll free telephone number shown on the Certificate Face Page.

If You are still concerned after contacting both the Policyholder and MetLife, You should feel free to contact:

Arkansas Insurance Department

Consumer Services Division

1200 West Third Street

Little Rock, Arkansas 72201

(501) 371-2640 or (800) 852-5494

## NOTICE FOR RESIDENTS OF CALIFORNIA

**IMPORTANT NOTICE**

**TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT THE POLICYHOLDER OR THE METLIFE CLAIM OFFICE SHOWN ON THE EXPLANATION OF BENEFITS YOU RECEIVE AFTER FILING A CLAIM.**

**IF, AFTER CONTACTING THE POLICYHOLDER AND/OR METLIFE, YOU FEEL THAT A SATISFACTORY SOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:**

**DEPARTMENT OF INSURANCE**
**300 SOUTH SPRING STREET**
**LOS ANGELES, CA 90013**
**1 (800) 927-4357**

## NOTICE FOR RESIDENTS OF GEORGIA

**IMPORTANT NOTICE**

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

## NOTICE FOR RESIDENTS OF IDAHO

If You have a question concerning Your coverage or a claim, You may call the toll free telephone number shown on the Certificate Face Page.

If You are still concerned after contacting MetLife, You should feel free to contact:

Idaho Department of Insurance

Consumer Affairs

700 West State Street, 3rd Floor

PO Box 83720

Boise, Idaho 83720-0043

1-800-721-3272 (for calls placed within Idaho) or 208-334-4250 or www.DOI.Idaho.gov

## NOTICE FOR RESIDENTS OF ILLINOIS

**IMPORTANT NOTICE**

To make a complaint to MetLife, You may write to:

MetLife
200 Park Avenue
New York, New York 10166

The address of the Illinois Department of Insurance is:

Illinois Department of Insurance
Public Services Division
Springfield, Illinois 62767

## NOTICE FOR RESIDENTS OF INDIANA

**Questions regarding your policy or coverage should be directed to:**

**Metropolitan Life Insurance Company**
**1-800-438-6388**

If you (a) need the assistance of the government agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer you may contact the Department of Insurance by mail, telephone or email:

> State of Indiana Department of Insurance
>
> Consumer Services Division
>
> 311 West Washington Street, Suite 300
>
> Indianapolis, Indiana 46204
>
> Consumer Hotline: (800) 622-4461; (317) 232-2395
>
> Complaint can be filed electronically at www.in.gov/idoi

## NOTICE FOR MASSACHUSETTS RESIDENTS

### CONTINUATION OF ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) INSURANCE

1. If Your AD&D Insurance ends due to a Plant Closing or Covered Partial Closing, such insurance will be continued for 90 days after the date it ends.

2. If Your AD&D Insurance ends because:

   - You cease to be in an Eligible Class; or
   - Your employment terminates;

for any reason other than a Plant Closing or Covered Partial Closing, such insurance will continue for 31 days after the date it ends.

Continuation of Your AD&D Insurance under the CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT subsection will end before the end of continuation periods shown above if You become covered for similar benefits under another plan.

**Plant Closing** and **Covered Partial Closing** have the meaning set forth in Massachusetts Annotated Laws, Chapter 151A, Section 71A.

## NOTICE FOR RESIDENTS OF MINNESOTA

This is a life insurance policy which pays accelerated death benefits at your option under conditions specified in the policy.  This policy is not a long-term care policy meeting the requirements of sections M.S.62A.46 to 62A.56 or chapter 62S.

## NOTICE FOR RESIDENTS OF MISSOURI

**ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE**

**EXCLUSIONS**

If You reside in Missouri the exclusion for "suicide or attempted suicide" is as follows:

"suicide or attempted suicide while sane"

**LIFE INSURANCE**

**GENERAL PROVISIONS**

If You reside in Missouri the suicide provision is as follows:

**Suicide**

If You commit suicide within 1 year from the date Life Insurance for You takes effect, We will not pay such insurance and Our liability will be limited as follows:

- any premium paid by You will be returned to the Beneficiary.
- any premium paid by the Policyholder will be returned to the Policyholder.

If You commit suicide within 1 year from the date an increase in Your Life Insurance takes effect, We will pay to the Beneficiary the amount of Insurance in effect on the day before the increase.  Any premium You paid for the increase will be returned to the Beneficiary.  Any premium paid by the Policyholder for the increase will be returned to the Policyholder.

If a Dependent commits suicide within 1 year from the date Life Insurance for such Dependent takes effect, We will not pay such insurance and Our liability will be limited as follows:

- any premium paid by You will be returned to the Beneficiary.
- any premium paid by the Policyholder will be returned to the Policyholder.

If a Dependent commits suicide within 1 year from the date an increase in Life Insurance for such Dependent takes effect, We will pay to the Beneficiary the amount of Insurance in effect on the day before the increase.  Any premium You paid for the increase will be returned to the Beneficiary.  Any premium paid by the Policyholder for the increase will be returned to the Policyholder.

**NOTICE FOR RESIDENTS OF NEW MEXICO**

If a Child is insured for Accidental Death and Dismemberment Insurance under this certificate and You are not the custodial parent, notify Us that such is the case and provide Us with the name and address of the custodial parent. After receipt of such notice We will:

(1)  provide such information to the custodial parent as may be necessary for the Child to obtain benefits through that insurance;

(2)  permit the custodial parent or the provider, with the custodial parent's approval, to submit claims for covered services without the approval of the non-custodial parent; and

(3)  make payments on claims submitted in accordance with Paragraph (2) of this subsection directly to the custodial parent, the provider or the state Medicaid agency.

If You are required by a court or administrative order to provide Accidental Death and Dismemberment Insurance for a Child, and You are eligible to provide such insurance for that child, We will:

(1)  permit You to enroll a Child who is otherwise eligible for such insurance without regard to any enrollment season restrictions;

(2)  if You are enrolled but fail to make application to obtain insurance for such Child, We will enroll the Child for insurance upon application of the Child's other parent, the state agency administering the Medicaid program or the state agency administering 42 U.S.C. Sections 651 through 669, the child support enforcement program; and

(3)  We will not disenroll or eliminate insurance for such Child unless the insurer is provided satisfactory written evidence that:

(a)  the court or administrative order is no longer in effect; or

(b)  the Child is or will be enrolled in comparable health insurance through another insurer that will take effect not later than the effective date of disenrollment.

We will not impose requirements on a state agency that has been assigned the rights of an individual eligible for medical assistance under the Medicaid program and insured for Accidental Death and Dismemberment Insurance with Us that are different from requirements applicable to an agent or assignee of any other individual so insured.

## NOTICE FOR RESIDENTS OF NORTH DAKOTA

**GENERAL PROVISIONS**

If You reside in North Dakota the suicide provision is as follows:

**Suicide**

**If You commit suicide** within 1 year from the date Life Insurance for You takes effect, We will not pay such insurance and Our liability will be limited as follows:

- any premium paid by You will be returned to the Beneficiary.
- any premium paid by the Policyholder will be returned to the Policyholder.

If You commit suicide within 1 year from the date an increase in Your Life Insurance takes effect, We will pay to the Beneficiary the amount of Insurance in effect on the day before the increase.  Any premium You paid for the increase will be returned to the Beneficiary.  Any premium paid by the Policyholder for the increase will be returned to the Policyholder.

**If a Dependent commits suicide** within 1 year from the date Life Insurance for such Dependent takes effect, We will not pay such insurance and Our liability will be limited as follows:

- any premium paid by You will be returned to the Beneficiary.
- any premium paid by the Policyholder will be returned to the Policyholder.

If a Dependent commits suicide within 1 year from the date an increase in Life Insurance for such Dependent takes effect, We will pay to the Beneficiary the amount of Insurance in effect on the day before the increase.  Any premium You paid for the increase will be returned to the Beneficiary.  Any premium paid by the Policyholder for the increase will be returned to the Policyholder.

## NOTICE FOR RESIDENTS OF PENNSYLVANIA

Accidental Death and Dismemberment Insurance for a Dependent Child may be continued past the age limit if that Child is a full-time student and insurance ends due to the Child being ordered to active duty (other than active duty for training) for 30 or more consecutive days as a member of the Pennsylvania National Guard or a Reserve Component of the Armed Forces of the United States.

Insurance will continue if such Child:

- re-enrolls as a full-time student at an accredited school, college or university that is licensed in the jurisdiction where it is located;
- re-enrolls for the first term or semester, beginning 60 or more days from the child's release from active duty;
- continues to qualify as a Child, except for the age limit; and
- submits the required Proof of the child's active duty in the National Guard or a Reserve Component of the United States Armed Forces.

Subject to the Date Insurance For Your Dependents Ends subsection of the section entitled ELIGIBILITY PROVISIONS: INSURANCE FOR YOUR DEPENDENTS, this continuation will continue until the earliest of the date:

- the insurance has been continued for a period of time equal to the duration of the child's service on active duty; or
- the child is no longer a full-time student.

## NOTICE FOR RESIDENTS OF TEXAS

**THE INSURANCE POLICY UNDER WHICH THIS CERTIFICATE IS ISSUED IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE.  YOU SHOULD CONSULT YOUR EMPLOYER TO DETERMINE WHETHER YOUR EMPLOYER IS A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM.**

**NOTICE FOR RESIDENTS OF TEXAS**

**LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO)**

The laws of the state of Texas mandate that the terms "Terminally Ill" and "Terminal Illness" when used in the LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO) FOR YOU and the LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO) FOR YOUR DEPENDENTS provisions mean that due to injury or sickness, You or Your Dependent is expected to die within 24 months of the date You request payment of an Accelerated Benefit.

NOTICE FOR RESIDENTS OF UTAH

## Notice of Protection Provided by
## Utah Life and Health Insurance Guaranty Association

This notice provides a brief summary of the Utah Life and Health Insurance Guaranty Association ("the Association") and the protection it provides for policyholders. This safety net was created under Utah law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your life, health, or annuity insurance company becomes financially unable to meet its obligations and is taken over by its insurance regulatory agency. If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Utah law, with funding from assessments paid by other insurance companies.

The basic protections provided by the Association are:
- Life Insurance
  o $500,000 in death benefits
  o $200,000 in cash surrender or withdrawal values
- Health Insurance
  o $500,000 in hospital, medical and surgical insurance benefits
  o $500,000 in long-term care insurance benefits
  o $500,000 in disability income insurance benefits
  o $500,000 in other types of health insurance benefits
- Annuities
  o $250,000 in withdrawal and cash values

The maximum amount of protection for each individual, regardless of the number of policies or contracts, is $500,000. Special rules may apply with regard to hospital, medical and surgical insurance benefits.

**Note: Certain policies and contracts may not be covered or fully covered.** For example, coverage does not extend to any portion of a policy or contract that the insurer does not guarantee, such as certain investment additions to the account value of a variable life insurance policy or a variable annuity contract. Coverage is conditioned on residency in this state and there are substantial limitations and exclusions. For a complete description of coverage, consult Utah Code, Title 3 IA, Chapter 28.

**Insurance companies and agents are prohibited by Utah law to use the existence of the Association or its coverage to encourage you to purchase insurance. When selecting an insurance company, you should not rely on Association coverage. If there is any inconsistency between Utah law and this notice, Utah law will control.**

To learn more about the above protections, as well as protections relating to group contracts or retirement plans, please visit the Association's website at www.utlifega.org or contact:

Utah Life and Health Insurance Guaranty Assoc.        Utah Insurance Department
60 East South Temple, Suite 500                       3110 State Office Building
Salt Lake City UT 84111                               Salt Lake City UT 84114-6901
(801) 320-9955                                        (801) 538-3800

A written complaint about misuse of this Notice or the improper use of the existence of the Association may be filed with the Utah Insurance Department at the above address.

## NOTICE FOR RESIDENTS OF VIRGINIA

**IMPORTANT INFORMATION REGARDING YOUR INSURANCE**

In the event You need to contact someone about this insurance for any reason please contact Your agent.  If no agent was involved in the sale of this insurance, or if You have additional questions You may contact the insurance company issuing this insurance at the following address and telephone number:

MetLife
200 Park Avenue
New York, New York 10166
Attn: Corporate Consumer Relations Department


To phone in a claim related question, You may call Claims Customer Service at:
1-800-275-4638


If You have been unable to contact or obtain satisfaction from the company or the agent, You may contact the Virginia State Corporation Commission's Bureau of Insurance at:


The Office of the Managed Care Ombudsman
Bureau of Insurance
P.O. Box 1157
Richmond, VA 23218
1-877-310-6560 - toll-free
1-804-371-9944 - locally
www.scc.virginia.gov - web address
ombudsman@scc.virginia.gov - email

## NOTICE FOR RESIDENTS OF WASHINGTON

**LIFE INSURANCE**

**GENERAL PROVISIONS**

The suicide provision is not applicable to residents of Washington.

**NOTICE FOR RESIDENTS OF WEST VIRGINIA**

**FREE LOOK PERIOD:**

If You are not satisfied with Your certificate, You may return it to Us within 10 days after You receive it, unless a claim has previously been received by Us under Your certificate. We will refund within 10 days of our receipt of the returned certificate any Premium that has been paid and the certificate will then be considered to have never been issued. You should be aware that, if You elect to return the certificate for a refund of premiums, losses which otherwise would have been covered under Your certificate will not be covered.

**NOTICE FOR RESIDENTS OF WISCONSIN**

## <u>KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS</u>

**PROBLEMS WITH YOUR INSURANCE?** - If You are having problems with Your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve Your problem.

MetLife
Attn: Corporate Consumer Relations Department
200 Park Avenue
New York, New York 10166
1-800-438-6388

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517 outside of Madison or 608-266-0103 in Madison.

**TABLE OF CONTENTS**

**Section**                                                                          **Page**

CERTIFICATE FACE PAGE ................................................................................................ 1

NOTICES ....................................................................................................................... 3

SCHEDULE OF BENEFITS .............................................................................................. 29

DEFINITIONS ................................................................................................................ 39

ELIGIBILITY PROVISIONS: INSURANCE FOR YOU ........................................................... 42

    Eligible Classes ...................................................................................................... 42

    Date You Are Eligible for Insurance ........................................................................ 42

    Enrollment Process ................................................................................................ 42

    Date Your Insurance Takes Effect ........................................................................... 42

    Date Your Insurance Ends ....................................................................................... 42

ELIGIBILITY PROVISIONS: INSURANCE FOR YOUR DEPENDENTS ..................................... 43

    Eligible Classes For Dependent Insurance ............................................................... 43

    Date You Are Eligible For Dependent Insurance ....................................................... 43

    Enrollment Process ................................................................................................ 43

    Date Insurance Takes Effect For Your Dependents ................................................... 43

    Date Your Insurance For Your Dependents Ends ....................................................... 44

CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT .......................................... 45

    For Mentally or Physically Handicapped Children ..................................................... 45

    For Family And Medical Leave ................................................................................. 45

    At Your Option: Portability ...................................................................................... 45

    At Your Option: Continuation Of Your Life Insurance and Accidental Death and Dismemberment Insurance

    During A Labor Dispute .......................................................................................... 49

LIFE INSURANCE: FOR YOU .......................................................................................... 50

LIFE INSURANCE: FOR YOUR DEPENDENTS ................................................................... 51

LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO) FOR YOU ................................ 52

LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO) FOR YOUR SPOUSE ................ 54

LIFE INSURANCE: CONVERSION OPTION FOR YOU ......................................................... 56

GCERT2000

**TABLE OF CONTENTS (continued)**

**Section**                                                                                          **Page**

LIFE INSURANCE: CONVERSION OPTION FOR YOUR DEPENDENTS ..................................................... 58

ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE ............................................................................ 60

    ADDITIONAL BENEFIT: SEAT BELT USE .................................................................................................. 62

    ADDITIONAL BENEFIT: AIR BAG USE ..................................................................................................... 63

    ADDITIONAL BENEFIT: COMMON CARRIER ........................................................................................ 64

FILING A CLAIM: CLAIMS FOR LIFE INSURANCE BENEFITS ...................................................................... 65

FILING A CLAIM: CLAIMS FOR ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS ................... 66

GENERAL PROVISIONS ............................................................................................................................................ 67

    Assignment .................................................................................................................................................... 67

    Beneficiary ..................................................................................................................................................... 67

    Suicide ............................................................................................................................................................ 68

    Entire Contract .............................................................................................................................................. 68

    Incontestability: Statements Made by You ................................................................................................ 68

    Misstatement of Age .................................................................................................................................... 69

    Conformity with Law .................................................................................................................................... 69

    Physical Exams ............................................................................................................................................. 69

    Autopsy ........................................................................................................................................................... 69

## SCHEDULE OF BENEFITS

This schedule shows the benefits that are available under the Group Policy. You and Your Dependents will only be insured for the benefits:

- for which You and Your Dependents become and remain eligible;
- which You elect, if subject to election; and
- which are in effect.

**The amount of Insurance that We will pay will be decreased by the amount of any contributions due and unpaid to Us for that insurance.**

**BENEFIT**                                    **BENEFIT AMOUNTS AND HIGHLIGHTS**

### How We Will Pay Benefits

Unless the Beneficiary requests payment by check, when the Certificate states that We will pay benefits in "one sum" or a "single sum", We may pay the full benefit amount:

- by check;
- by establishing an account that earns interest and provides the Beneficiary with immediate access to the full benefit amount; or
- by any other method that provides the Beneficiary with immediate access to the full benefit amount.

Other modes of payment may be available upon request.  For details, call Our toll free number shown on the Certificate Face Page.

### Life Insurance For You

### Supplemental Life Insurance

Supplemental Life Insurance is Portability Eligible Insurance

All Los Angeles Police Protective League Members and All Employees of the Los Angeles Police Protective League who Retired prior to March 1, 2016. ............................................................. See Certificate of Insurance, page 1 (GCERT2000 fp)

Maximum Supplemental Life Benefit ................................. $185,000

Accelerated Benefit Option ................................................ Up to 80% of Your Supplemental Life amount not to exceed $148,000

## SCHEDULE OF BENEFITS (continued)

**ESTATE RESOLUTION SERVICES**

The following Estate Resolution Services are provided at no additional cost to individuals insured for Group Supplemental Life Insurance coverage as described below. If You are eligible to receive these Estate Resolution Services and You or Your Spouse (for the Will Preparation Service) or You or Your Spouse or a Beneficiary (for the Probate Service) would like to speak with a representative from Hyatt Legal Plans or get the name of a Plan Attorney that you can speak with about these Services, please call (800) 821-6400.

**THE FOLLOWING APPLIES TO RESIDENTS OF ALL STATES OTHER THAN TEXAS**

**Will Preparation Service**

If You elect Group Supplemental Life Insurance coverage, a Will Preparation Service (the "Service") will be made available to You, through a MetLife affiliate (the "Affiliate"), while Your Group Supplemental Life Insurance coverage is in effect.  This Service will be made available at no cost to You.  It enables You to have a will prepared for You and Your Spouse free of charge by attorneys designated by the Affiliate.  If You have a will prepared by an attorney not designated by the Affiliate, You must pay for the attorney's services directly. Upon Proof of such payment, You will be reimbursed for the attorney's services in an amount equal to the lesser of the amount You paid for the attorney's services and the amount customarily reimbursed for such services by the Affiliate.

**Probate Service**

If You become insured for Group Supplemental Life Insurance coverage and You, Your Spouse, or Your Domestic Partner die while such Group Supplemental Life Insurance coverage is in effect, a probate benefit (the "Benefit") will be made available to Your estate in the event of Your death, Your Spouse's estate in the event of Your Spouse's death, or Your Domestic Partner's estate in the event of Your Domestic Partner's death.  Such benefit will be made available through a MetLife affiliate ("Affiliate").

The Benefit provides for certain probate services to be made available, free of charge by attorneys designated by the Affiliate.  If probate services are provided by an attorney not designated by the Affiliate, the estate of the deceased must pay for those attorney's services directly. Upon Proof of such payment, the estate of the deceased will be reimbursed for the attorney's services in an amount equal to the lesser of the amount such estate paid for the attorney's services and the amount customarily reimbursed for such services by the Affiliate.

This Benefit will be provided at no cost to You and will end on the earliest of:

- The date Your employment with the Policyholder ends;
- The date Your Certificate ends; or
- The date the Group Policy ends.

## SCHEDULE OF BENEFITS (continued)

**THE FOLLOWING APPLIES TO RESIDENTS OF TEXAS ONLY**

**Will Preparation Service**

If You elect Group Supplemental Life Insurance coverage, a Will Preparation Service (the "Service") will be made available to You through a MetLife affiliate (the "Affiliate"), as agreed to by the Policyholder and MetLife, while Your Group Supplemental Life Insurance coverage is in effect under this Policy.

Will Preparation Service means a service covering the preparation of wills and codicils for You and Your Spouse. The creation of any testamentary trust is covered. The Will Preparation Service does not include tax planning.

This Service will be made available at no cost to You.  It enables You to have a will prepared for You and Your Spouse free of charge by attorneys designated by the Affiliate.  If You have a will prepared by an attorney not designated by the Affiliate, You must pay for the attorney's services directly. Upon Proof of such payment, You will be reimbursed for the attorney's services in an amount equal to the lesser of the amount You paid for the attorney's services and the amount customarily reimbursed for such services by the Affiliate.

**Probate Service**

If You become insured for Group Supplemental Life Insurance coverage and You or Your Spouse die while such Group Supplemental Life Insurance coverage is in effect, a probate benefit (the "Benefit") will be made available to Your estate in the event of Your death or to Your Spouse's estate in the event of Your Spouse's death.  Such benefit will be made available through a MetLife affiliate ("Affiliate").

The Benefit includes attorney representation and payment of legal fees for the executor or administrator of the estate of the deceased including representation for the preparation of all documents and all of the court proceedings needed to transfer probate assets from the estate of the deceased to applicable  heirs; and the completion of correspondence necessary to transfer non-probate assets such as proceeds from insurance policies, joint bank accounts, stock accounts or a house; and associated tax filings.

The Benefit provides for such services to be made available, free of charge by attorneys designated by the Affiliate.  If probate services are provided by an attorney not designated by the Affiliate, the estate of the deceased must pay for those attorney's services directly. Upon Proof of such payment, the estate of the deceased will be reimbursed for the attorney's services in an amount equal to the lesser of the amount such estate paid for the attorney's services and the amount customarily reimbursed for such services by the Affiliate.

This Benefit will be provided at no cost to You and will end on the date Your Group Supplemental Life Insurance coverage ends.

**SCHEDULE OF BENEFITS (continued)**

## Accidental Death and Dismemberment Insurance (AD&D) For You

**Full Amount for Supplemental AD&D**

Supplemental Accidental Death and Dismemberment Insurance for You is Portability Eligible Insurance

| | |
|---|---|
| All Los Angeles Police Protective League Members and All Employees of the Los Angeles Police Protective League who Retired prior to March 1, 2016... | An amount equal to Your Supplemental Life Insurance |
| | See Certificate of Insurance, page 1 (GCERT2000 fp) |

**Additional Benefits:**

Seat Belt Benefit............................................................. Yes

Air Bag Use Benefit ....................................................... Yes

Common Carrier Benefit................................................. Yes

The Common Carrier Benefit is an amount equal to the Full Amount.

**Schedule of Covered Losses for Supplemental Accidental Death and Dismemberment Insurance**

All amounts listed are stated as percentages of the Full Amount.

**Covered Losses**

| | |
|---|---|
| Loss of life .................................................................... | 100% |
| Loss of a hand permanently severed at or above the wrist but below the elbow ....................................................... | 50% |
| Loss of a foot permanently severed at or above the ankle but below the knee........................................................ | 50% |
| Loss of an arm permanently severed at or above the elbow ...... | 75% |
| Loss of a leg permanently severed at or above the knee .......... | 75% |
| Loss of sight in one eye............................................................. | 50% |

> **Loss of sight** means permanent and uncorrectable loss of sight in the eye. Visual acuity must be 20/200 or worse in the eye or the field of vision must be less than 20 degrees.

| | |
|---|---|
| Loss of any combination of hand, foot, or sight of one eye, as defined above .............................................................. | 100% |
| Loss of the thumb and index finger of same hand ...................... | 25% |

> **Loss of thumb and index finger of same hand** means that the thumb and index finger are permanently severed through or above the third joint from the tip of the index finger and the second joint from the tip of the thumb.

## SCHEDULE OF BENEFITS (continued)

Loss of speech and loss of hearing ............................................. 100%
Loss of speech or loss of hearing ................................................ 50%

**Loss of speech** means the entire and irrecoverable loss of speech that continues for 6 consecutive months following the accidental injury.

**Loss of hearing** means the entire and irrecoverable loss of hearing in both ears that continues for 6 consecutive months following the accidental injury.

Paralysis of both arms and both legs .......................................... 100%
Paralysis of both legs ................................................................ 50%
Paralysis of the arm and leg on either side of the body .............. 50%
Paralysis of one arm or leg........................................................ 25%

**Paralysis** means loss of use of a limb, without severance. A Physician must determine the paralysis to be permanent, complete and irreversible.

Brain Damage ............................................................................. 100%

**Brain Damage** means permanent and irreversible physical damage to the brain causing the complete inability to perform all the substantial and material functions and activities normal to everyday life.  Such damage must manifest itself within 30 days of the accidental injury, require a hospitalization of at least 5 days and persists for 12 consecutive months after the date of the accidental injury.

Coma ........................................................................................ 1% monthly beginning on the 7th day of the Coma for the duration of the Coma to a maximum of 60 months

**Coma** means a state of deep and total unconsciousness from which the comatose person cannot be aroused. Such state must begin within 30 days of the accidental injury and continue for 7 consecutive days.

**SCHEDULE OF BENEFITS (continued)**

### Life Insurance For Your Dependents

Life Insurance for Your Dependents is Portability Eligible Insurance

| | |
|---|---|
| For Your Spouse............................................................ | See Certificate of Insurance, page 1 (GCERT2000 fp) |
| Maximum Spouse Dependent Life Benefit ................... | $24,000 |
| Accelerated Benefit Option ........................................... | Up to 80% of Your Dependent Life amount not to exceed $19,200 |
| For each of Your Children............................................. | See Certificate of Insurance, page 1 (GCERT2000 fp) |

## Accidental Death and Dismemberment Insurance (AD&D) For Your Dependents

### Full Amount for Dependent AD&D

Dependent Accidental Death and Dismemberment Insurance is Portability Eligible Insurance

| | |
|---|---|
| For Your Spouse  and Child(ren).................................... | An amount equal to the amount of Life Insurance for Your Dependents |

**Additional Benefits:**

| | |
|---|---|
| Seat Belt Benefit ............................................................ | Yes |
| Air Bag Use Benefit........................................................ | Yes |
| Common Carrier Benefit ................................................. | Yes |

The Common Carrier Benefit is an amount equal to the Full Amount.

**Schedule of Covered Losses for Dependent Accidental Death and Dismemberment Insurance**

All amounts listed are stated as percentages of the Full Amount.

**Covered Losses**

| | |
|---|---|
| Loss of life.................................................................................. | 100% |
| Loss of a hand permanently severed at or above the wrist but below the elbow...................................................... | 50% |
| Loss of a foot permanently severed at or above the ankle but below the knee ...................................................... | 50% |
| Loss of an arm permanently severed at or above the elbow...... | 75% |
| Loss of a leg permanently severed at or above the knee........... | 75% |
| Loss of sight in one eye ............................................................ | 50% |

**Loss of sight** means permanent and uncorrectable loss of sight in the eye.  Visual acuity must be 20/200 or worse in the eye or the field of vision must be less than 20 degrees.

| | |
|---|---|
| Loss of any combination of hand, foot, or sight of one eye, as defined above ............................................................................ | 100% |
| Loss of the thumb and index finger of same hand...................... | 25% |

**SCHEDULE OF BENEFITS (continued)**

**Loss of thumb and index finger of same hand** means that the thumb and index finger are permanently severed through or above the third joint from the tip of the index finger and the second joint from the tip of the thumb.

Loss of speech and loss of hearing ............................................. 100%
Loss of speech or loss of hearing ................................................ 50%

**Loss of speech** means the entire and irrecoverable loss of speech that continues for 6 consecutive months following the accidental injury.

**Loss of hearing** means the entire and irrecoverable loss of hearing in both ears that continues for 6 consecutive months following the accidental injury.

Paralysis of both arms and both legs .......................................... 100%
Paralysis of both legs ................................................................. 50%
Paralysis of the arm and leg on either side of the body .............. 50%
Paralysis of one arm or leg ........................................................ 25%

**Paralysis** means loss of use of a limb, without severance. A Physician must determine the paralysis to be permanent, complete and irreversible.

Brain Damage ............................................................................ 100%

**Brain Damage** means permanent and irreversible physical damage to the brain causing the complete inability to perform all the substantial and material functions and activities normal to everyday life.  Such damage must manifest itself within 30 days of the accidental injury, require a hospitalization of at least 5 days and persists for 12 consecutive months after the date of the accidental injury.

Coma ......................................................................................... 1% monthly beginning on the 7th day of the Coma for the duration of the Coma to a maximum of 60 months.

**Coma** means a state of deep and total unconsciousness from which the comatose person cannot be aroused. Such state must begin within 30 days of the accidental injury and continue for 7 consecutive days.

**SCHEDULE OF BENEFITS (continued)**

## Portability Eligible Life and AD&D Insurance

## Life and AD&D Insurance For You:

**Portability Eligible Life Insurance For You:**

Minimum Portability Eligible Life Insurance Amount...................... $10,000

Maximum Portability Eligible Life Insurance Amount...................... The lesser of Your total Life Insurance in effect on the date You elect to Port or $2,000,000

**Portability Eligible AD&D Insurance For You:**

Minimum Portability Eligible AD&D Insurance Amount.................. $10,000

Maximum Portability Eligible AD&D Insurance Amount................. The lesser of Your total AD&D Insurance in effect on the date You elect to Port or $2,000,000

If Your Portability Eligible Insurance ends due to the end of the Group Policy or the amendment of the Group Policy to end the Portability Eligible Insurance for an eligible class of which You are a member, the maximum amount of insurance that You may Port is the lesser of:

- the amount of Your Portability Eligible Insurance that ends under the Group Policy less the amount of life and AD&D insurance for which You become eligible under any group policy issued to replace this Group Policy; or

- $10,000.

## Life and AD&D Insurance For Your Spouse:

**Portability Eligible Dependent Spouse Life Insurance:**

Minimum Portability Eligible Dependent Spouse Life Insurance Amount ................................... $2,500 ($10,000 when porting Dependent Spouse Life Insurance alone)

Maximum Portability Eligible Dependent Spouse Life Insurance Amount ................................... The lesser of Your total Dependent Spouse Life Insurance in effect on the date You elect to Port or $250,000

**SCHEDULE OF BENEFITS (continued)**

**Portability Eligible Dependent Spouse AD&D Insurance:**

Minimum Portability Eligible
Dependent Spouse AD&D Insurance Amount ................................ $2,500 ($10,000 when porting
Dependent Spouse AD&D
Insurance alone)

Maximum Portability Eligible
Dependent Spouse AD&D Insurance Amount ................................ The lesser of Your total
Dependent Spouse AD&D
Insurance in effect on the
date You elect to Port or
$250,000

If Your Portability Eligible Insurance or Your Portability Eligible Dependent Insurance ends due to the end of the Group Policy or the amendment of the Group Policy to end the Portability Eligible Insurance or Your Portability Eligible Dependent Insurance for an eligible class of which You are a member, the maximum amount of insurance that You may Port is the lesser of:

- the amount of Your Portability Eligible Insurance or Your Portability Eligible Dependent Insurance that ends under the Group Policy less the amount of life and AD&D insurance for which You become eligible under any group policy issued to replace this Group Policy; or

- $10,000.

# Life and AD&D Insurance For Your Children:

**Portability Eligible Dependent Child Life Insurance:**

Minimum Portability Eligible
Dependent Child Life Insurance Amount ....................................... $1,000

Maximum Portability Eligible
Dependent Child Life Insurance Amount ....................................... The lesser of Your total
Dependent Child Life
Insurance in effect on the
date You elect to Port or
$25,000

**Portability Eligible Dependent Child AD&D Insurance:**

Minimum Portability Eligible Dependent Child AD&D
Insurance Amount  ....................................................................... $1,000

Maximum Portability Eligible Dependent Child AD&D
Insurance Amount ......................................................................... The lesser of Your total
Dependent Child Accidental
Death and Dismemberment
Insurance in effect on the
date You elect to Port or
$25,000

**SCHEDULE OF BENEFITS (continued)**

If Your Portability Eligible Insurance or Your Portability Eligible Dependent Insurance ends due to the end of the Group Policy or the amendment of the Group Policy to end the Portability Eligible Insurance or Your Portability Eligible Dependent Insurance for an eligible class of which You are a member, the maximum amount of insurance that You may Port is the lesser of:

- the amount of Your Portability Eligible Insurance or Your Portability Eligible Dependent Insurance that ends under the Group Policy less the amount of life and AD&D insurance for which You become eligible under any group policy issued to replace this Group Policy; or

- $10,000.

## DEFINITIONS

As used in this certificate, the terms listed below will have the meanings set forth below.  When defined terms are used in this certificate, they will appear with initial capitalization.  The plural use of a term defined in the singular will share the same meaning.

**Beneficiary** means the person(s) to whom We will pay insurance as determined in accordance with the GENERAL PROVISIONS section.

**Common Carrier** means a government regulated entity that is in the business of transporting fare paying passengers.

**The term does not include:**

- chartered or other privately arranged transportation;
- taxis; or
- limousines.

**Contributory Insurance** means insurance for which the Policyholder requires You to pay any part of the premium.

Contributory Insurance includes: Supplemental Life Insurance, Supplemental Accidental Death and Dismemberment Insurance, Dependent Life Insurance and Dependent Accidental Death and Dismemberment Insurance.

**Domestic Partner** means each of two people, one of whom is a Member or Employee of the Policyholder, who:

- have registered as each other's domestic partner, civil union partner or reciprocal beneficiary with a government agency where such registration is available; or
- are of the same or opposite sex and have a mutually dependent relationship so that each has an insurable interest in the life of the other. Each person must be:

  1. 18 years of age or older;
  2. unmarried;
  3. the sole domestic partner of the other person and have been so for the immediately preceding 6 months;
  4. sharing a primary residence with the other person and have been so sharing for the immediately preceding 6 months; and
  5. not related to the other in a manner that would bar their marriage in the jurisdiction in which they reside.

## DEFINITIONS (continued)

A Domestic Partner declaration attesting to the relationship between the Member or Employee and the Member's or Employee's domestic partner must be completed and Signed by the Member or Employee. The declaration must establish that each person has either a substantial interest in the other engendered by love and affection; or a lawful and substantial economic interest in the continued life, health or bodily safety of each other, as distinguished from an interest which would arise only by, or would be enhanced in value by, the death, disablement or injury of the other person.

**Employee** means a person who was employed by the Los Angeles Police Protective League and who retired prior to March 1, 2016.

**Employer** means the Los Angeles Police Department, City of Los Angeles, or the Los Angeles Police Protective League.

**Member** means a member of the Los Angeles Police Protective League who was a sworn police officer for the City of Los Angeles or Los Angeles Police Department and who retired prior to March 1, 2016.

**Physician** means:

- a person licensed to practice medicine in the jurisdiction where such services are performed; or
- any other person whose services, according to applicable law, must be treated as Physician's services for purposes of the Group Policy.  Each such person must be licensed in the jurisdiction where he performs the service and must act within the scope of that license.  He must also be certified and/or registered if required by such jurisdiction.

**The term does not include:**

- You;
- Your Spouse; or
- any member of Your immediate family including Your and/or Your Spouse's:
    - parents;
    - children (natural, step or adopted);
    - siblings;
    - grandparents; or
    - grandchildren.

**Proof** means Written evidence satisfactory to Us that a person has satisfied the conditions and requirements for any benefit described in this certificate.  When a claim is made for any benefit described in this certificate, Proof must establish:

- the nature and extent of the loss or condition;
- Our obligation to pay the claim; and
- the claimant's right to receive payment.

Proof must be provided at the claimant's expense.

**Signed** means any symbol or method executed or adopted by a person with the present intention to authenticate a record, which is on or transmitted by paper or electronic media which is acceptable to Us and consistent with applicable law.

**Spouse** means Your lawful spouse. Wherever the term "Spouse" appears in the certificate it shall, unless otherwise specified, be read to include Your Domestic Partner.

**DEFINITIONS (continued)**

**We**, **Us** and **Our** mean MetLife.

**Written** or **Writing** means a record which is on or transmitted by paper or electronic media which is acceptable to Us and consistent with applicable law.

**You** and **Your** mean a Member or Employee who is insured under the Group Policy for the insurance described in this certificate.

## ELIGIBILITY PROVISIONS: INSURANCE FOR YOU

### ELIGIBLE CLASS(ES)

**All Los Angeles Police Protective League Members and All Employees of the Los Angeles Police Protective League who Retired prior to March 1, 2016 and named on the Certificate of Insurance, page 1 (GCERT2000 fp).**

You are eligible for insurance if You were covered for insurance on the day immediately preceding the date of Your retirement and have retired in accord with the Policyholder's retirement plan. Please be aware that end of employment will mean the end of the person's status as a retiree, as stated in the Policyholder's retirement plan.

### DATE YOU ARE ELIGIBLE FOR INSURANCE

You may only become eligible for the insurance available for Your eligible class as shown in the SCHEDULE OF BENEFITS.

If You are in an eligible class on March 1, 2016, You will be eligible for the insurance described in this certificate on that date.

### ENROLLMENT PROCESS

If You enroll for Contributory Insurance, You must also give the Policyholder Written permission to deduct premiums from Your pension for such insurance.  You will be notified by the Policyholder how much You will be required to contribute.

If You enroll for Supplemental Life Insurance You will also be enrolled for Supplemental Accidental Death and Dismemberment Insurance.

## DATE YOUR INSURANCE TAKES EFFECT

Your insurance will become effective on the date You become eligible, provided You make the necessary contribution.

### DATE YOUR INSURANCE ENDS

Your insurance will end on the earliest of:

1.  the date the Group Policy ends; or
2.  the last day of the month insurance ends for Your class; or
3.  the last day of the calendar month in which You cease to be a Member or Employee as defined in the DEFINITIONS section; or
4.  the end of the period for which the last premium has been paid for You; or
5.  the date You die.

Please refer to the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOU for information concerning the option to convert to an individual policy of life insurance if Your Life Insurance ends.

In certain cases insurance may be continued as stated in the section entitled CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT.

## ELIGIBILITY PROVISIONS: INSURANCE FOR YOUR DEPENDENTS

**ELIGIBLE CLASS(ES) FOR DEPENDENT INSURANCE**

**All Los Angeles Police Protective League Members and All Employees of the Los Angeles Police Protective League who Retired prior to March 1, 2016 and named on the Certificate of Insurance, page 1 (GCERT2000 fp).**

**DATE YOU ARE ELIGIBLE FOR DEPENDENT INSURANCE**

You may only become eligible for the Dependent insurance available for Your eligible class as shown in the SCHEDULE OF BENEFITS.

If You are in an eligible class on March 1, 2016, You will be eligible for Dependent insurance described in this certificate on that date.

No person may be insured as a Dependent of more than one employee.

**ENROLLMENT PROCESS**

If You enroll for Contributory Insurance, You must also give the Policyholder Written permission to deduct premiums from Your pension for such insurance.  You will be notified by the Policyholder how much You will be required to contribute.

In order to enroll for Life Insurance for Your Dependents, You must either (a) already be enrolled for Supplemental Life Insurance for You or (b) enroll at the same time for Supplemental Life Insurance for You.

If You enroll for Dependent Life Insurance You will also be enrolled for Dependent Accidental Death and Dismemberment Insurance.

## DATE YOUR INSURANCE TAKES EFFECT FOR YOUR DEPENDENTS

Your insurance will become effective on the date You become eligible, provided You make the necessary contribution.

**Additional Requirement**

On the date the Dependent insurance is scheduled to take effect, the Dependent must not be:

- confined at home under a Physician's care;
- receiving or applying to receive disability benefits from any source; or
- Hospitalized.

If the Dependent does not meet this requirement on such date, insurance for the Dependent will take effect on the date that Dependent is no longer:

- confined;
- receiving or applying to receive disability benefits from any source; or
- Hospitalized.

The Additional Requirement will not apply to a mentally or physically handicapped Child who has been continuously handicapped since a date before the Child reached the limiting age under this certificate and for whom satisfactory Proof of such handicap has been provided as specified under the "Child" definition.

**ELIGIBILITY PROVISIONS: INSURANCE FOR YOUR DEPENDENTS (continued)**

**DATE YOUR INSURANCE FOR YOUR DEPENDENTS ENDS**

A Dependent's insurance will end on the earliest of:

1.  for Dependent Life Insurance, the date all of the Life Insurance under the Group Policy ends; or

2.  for Dependent Accidental Death and Dismemberment Insurance, the date all of Your Accidental Death and Dismemberment Insurance under the Group Policy ends; or

3.  the date You die; or

4.  the date the Group Policy ends; or

5.  the date Your Employee Life Insurance under the Group Policy ends; or

6.  the date Insurance for Your Dependents ends under the Group Policy; or

7.  the date Insurance for Your Dependents ends for Your class; or

8.  the last day of the calendar month the person ceases to be a Dependent; or

9.  the last day of the calendar month in which Your employment ends; Your employment will end if You cease to be Actively at Work in any eligible class, except as stated in the section entitled CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT; or

10. for a Child who is past the age limit and is otherwise eligible for continuation under the **CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT: For Mentally or Physically Handicapped Children** subsection, on the date the Child marries; or

11. the end of the period for which the last premium has been paid for the Dependent.


Please refer to the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOUR DEPENDENTS for information concerning the option to convert to an individual policy of life insurance if Life Insurance for a Dependent ends.

In certain cases insurance may be continued as stated in the section entitled CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT.

## CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT

### FOR MENTALLY OR PHYSICALLY HANDICAPPED CHILDREN

Insurance for a Dependent Child may be continued past the age limit if the child is incapable of self-sustaining employment because of a mental or physical handicap as defined by applicable law.  Proof of such handicap must be sent to Us within 31 days after the date the Child attains the age limit and at reasonable intervals after such date.

Subject to the DATE YOUR INSURANCE FOR YOUR DEPENDENTS ENDS subsection of the section entitled ELIGIBILITY PROVISIONS: INSURANCE FOR YOUR DEPENDENTS, insurance will continue while such Child:

- remains incapable of self-sustaining employment because of a mental or physical handicap; and
- continues to qualify as a Child, except for the age limit.

### FOR FAMILY AND MEDICAL LEAVE

Certain leaves of absence may qualify for continuation of insurance under the Family and Medical Leave Act of 1993 (FMLA), or other legally mandated leave of absence or similar laws.  Please contact the Policyholder for information regarding such legally mandated leave of absence laws.

### AT YOUR OPTION: PORTABILITY

#### For Life and Accidental Death and Dismemberment Insurance

If Your Portability Eligible Insurance or Portability Eligible Dependent Insurance ends for any of the reasons stated below, You have the option to continue that insurance under another group policy in accordance with the conditions and requirements of this section.  This is referred to as Porting.  Evidence of Your insurability will not be required.

For purposes of this subsection the term "Portability Eligible Insurance" refers to Your Life Insurance and Accidental Death and Dismemberment Insurance benefits for which the Portability Eligible Insurance is shown as available in the SCHEDULE OF BENEFITS.

If Insurance for Your Dependents is in effect, the term "Portability Eligible Dependent Insurance" refers to Your Life Insurance and Accidental Death and Dismemberment Insurance for Your Dependents for which the Portability Eligible Dependent Insurance is shown as available in the SCHEDULE OF BENEFITS.

**CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT (continued)**

**When Porting is an Option**

Porting may only be exercised by a request in Writing during the Request Period specified below.

If You choose not to Port, Life Insurance benefits may be converted in accordance with the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOU or the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOUR DEPENDENTS.

1. You may choose to Port if Portability Eligible Insurance and/or Portability Eligible Dependent Insurance ends because:

   - You become retired from active service with the Employer; or
   - Your employment ends, due to a reason other than retirement; or
   - You cease to be in a class that is eligible for such insurance; or
   - the Policy is amended to end the Portability Eligible Insurance or Portability Eligible Dependent Insurance, unless such insurance is replaced by similar insurance under another group insurance policy issued to the Policyholder or its successor; or
   - this Policy has ended, unless such insurance is replaced by similar insurance under another group insurance policy issued to the Policyholder or its successor.

2. You may choose to Port the reduced amount of insurance if Your Portability Eligible Insurance is reduced due to:

   - an amendment to the Plan which affects the amount of insurance for Your class.

3. Your former Dependent Spouse may choose to Port if their Portability Eligible Dependent Insurance on his or her own life ends because:

   - You die; or
   - Your marriage ends in divorce or annulment; or
   - Your Domestic Partnership, Civil Union or Reciprocal Beneficiary relationship ends

   provided that former Dependent Spouse satisfies the Additional Requirement subsection of the ELIGIBILITY PROVISIONS; INSURANCE FOR YOUR DEPENDENTS.

4. Your former Dependent Spouse may also Port Portability Eligible Dependent Insurance on Your Dependent Child if Your former Dependent Spouse Ports insurance on his or her own life.  If Your former Dependent Spouse Ports that insurance on that Dependent Child, that Porting will have no effect on the insurance You may have on that Dependent Child.

5. Your former Dependent Child may request to Port Portability Eligible Dependent Insurance on his or her own life if that insurance ends because Your former Dependent Child no longer meets the definition of Child.

If a request is made under this subsection, We will issue a new certificate of insurance which will explain the new insurance benefits. The insurance benefits under the new certificate may not be the same as those that ended under this Policy.

A request under this subsection may be made, if on the date the Portability Eligible Dependent Insurance ended, the following requirements are met:

- the Group Policy is in effect;

- with respect to any amount of Portability Eligible Life Insurance or Portability Eligible Dependent Life Insurance that is to be Ported, no application has been made to convert that amount of insurance to an individual policy of life insurance as provided in the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOU or the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOUR DEPENDENTS; and

- the person making the request resides in a jurisdiction that permits this Portability feature.

## CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT (continued)

**Request Period**

For You or a former Dependent to Port, We must receive a completed request form within the Request Period as described below.

If written notice of the option to Port is given within 15 days before or after the date such insurance ends, the Request Period:

- begins on the date the insurance ends, and
- expires 31 days after the date.

If written notice of the option to Port is given more than 15 days after but within 91 days of the date such insurance ends, the Request Period:

- begins on the date the insurance ends, and
- expires 45 days after the date of the notice.

If written notice of the option to Port is not given within 91 days of the date such insurance ends, the Request Period:

- begins on the date the insurance ends, and
- expires at the end of such 91 day period.

**Amount of the New Certificate**

The amount of Ported Insurance for You and for Your Dependents that may be continued is shown in the SCHEDULE OF BENEFITS. However, at the time of Porting You may change the amount of Portability Eligible Insurance in the following circumstances:

**Your Increase in Amount**

**For Portability Eligible Life Insurance**

At the time of Porting, You may increase the amount of Your Portability Eligible Life Insurance. This may be done in increments of $25,000, up to a maximum ported amount of $2,000,000. To be eligible for this increased amount, You must provide evidence of Your insurability satisfactory to us, at Your expense. If We approve the increase, it will take effect on the date We state in Writing.

**For Portability Eligible Accidental Death and Dismemberment Insurance**

At the time of Porting, You may increase the amount of Your Portability Eligible Accidental Death and Dismemberment Insurance. This may be done in increments of $25,000, up to a maximum ported amount of $2,000,000. This increase will take effect on the date We state in Writing.

**Dependent Spouse Increase in Amount**

**For Portability Eligible Dependent Life Insurance**

At the time of Porting, the amount of Your Spouse's (or Your former Dependent Spouse's) Portability Eligible Dependent Life Insurance may be increased. This may be done in increments of $25,000, up to a maximum ported amount of $250,000. To be eligible for this increased amount, Your Spouse (or Your former Dependent Spouse) must provide evidence of insurability satisfactory to us, at Your Spouse's (or Your former Dependent Spouse's) expense. If We approve the increase, it will take effect on the date We state in Writing.

## CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT (continued)

### For Portability Eligible Dependent Accidental Death and Dismemberment Insurance

At the time of Porting, the amount of Your Spouse's (or Your former Dependent Spouse's) Portability Eligible Dependent Accidental Death and Dismemberment Insurance may be increased.  This may be done in increments of $25,000; up to a maximum ported amount of $250,000.  This increase will take effect on the date We state in Writing.

## Dependent Child Increase in Amount

### For Portability Eligible Dependent Life Insurance

At the time of Porting, if Your former Dependent Child is making the request to continue Portability Eligible Dependent Life Insurance because he or she no longer meets the definition of a Child, that former Dependent Child is eligible to increase coverage by $25,000.  To be eligible for this increased amount, Your former Dependent Child must give evidence of insurability satisfactory to Us at Your former Dependent Child's expense.  If we approve the increase, it will take effect on the date We state in Writing.

### Portability Eligible Dependent Accidental Death and Dismemberment Insurance

At the time of Porting, the amount of Your former Dependent Child's Portability Eligible Dependent Accidental Death and Dismemberment Insurance may be increased by $25,000.  This increase will take effect on the date We state in Writing.

### You and/or Your Dependent(s) Decrease in Amount

If We receive a request to decrease an amount of insurance, any such decrease will take place on the date We state in Writing.

## Premiums for the New Certificate

All premium payments must be made directly to Us.  When We issue the new certificate, We will also provide a schedule of premiums and payment instructions.

You are not required to provide evidence of insurability to Port Your existing amount of Portability Eligible Life and Accidental Death and Dismemberment Insurance. However, to qualify for a lower premium rate, You may give us, at Your expense, evidence of Your insurability satisfactory to Us.  If We determine that the evidence satisfies Us, We will notify You that the lower premium rates will apply to You.

Your former Dependents are not required to provide evidence of insurability to Port their existing amount of Portability Eligible Dependent Life Insurance.  However, to qualify for a lower premium rate, they may give us, at their expense, evidence of their insurability satisfactory to Us.  If We determine that the evidence satisfies Us, We will notify them that the lower premium rates will apply to them.

## Right to Convert Life Insurance Amounts Not Ported

Any amount of Life Insurance not Ported under this subsection may be converted under the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOU or the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOUR DEPENDENTS.

## If You Die Within 31 Days of the Date Portability Eligible Life Insurance Ends

If You die within 31 days of the date Portability Eligible Life Insurance ends and an application to Port is not received by Us during such period, We will determine whether Your life insurance qualifies for payment.  This determination will be made in accordance with the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOU.

**CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT (continued)**

**If a former Dependent Dies Within 31 Days of the Date Portability Eligible Life Dependent Insurance Ends**

If a former Dependent dies within 31 days of the date Portability Eligible Dependent Life Insurance ends and an application for a new certificate is not received by Us during such period, We will determine whether Your life insurance qualifies for payment. This determination will be made in accordance with the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOUR DEPENDENTS.

**AT YOUR OPTION: CONTINUATION OF YOUR LIFE INSURANCE AND ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE DURING A LABOR DISPUTE**

You may elect to continue Life Insurance for You, Accidental Death and Dismemberment Insurance for You, Life Insurance for Your Dependents and Accidental Death and Dismemberment Insurance for Your Dependents if You cease to be Actively at Work as the result of a labor dispute. Such insurance will continue for up to 6 months if the following conditions are met:

- at least 75% of the employees eligible to continue insurance elect to continue this insurance for such time period; and
- You pay the required premium for such insurance.

If continued, Life Insurance for You, Accidental Death and Dismemberment Insurance for You, Life Insurance for Your Dependents and Accidental Death and Dismemberment Insurance for Your Dependents will end if:

- premium payment is required and You fail to pay premiums for such insurance;
- the number of employees who elect to continue such insurance falls below 75% of all employees eligible to continue this insurance for such time period; or
- You cease to be eligible to continue Life Insurance for You, Accidental Death and Dismemberment Insurance for You, Life Insurance for Your Dependents and Accidental Death and Dismemberment Insurance for Your Dependents under this section and You do not immediately resume Active Work in a class that is eligible for such insurance.

## LIFE INSURANCE: FOR YOU

If You die, Proof of Your death must be sent to Us. When We receive such Proof with the claim, We will review the claim and, if We approve it, will pay the Beneficiary the Life Insurance in effect on the date of Your death.

**PAYMENT OPTIONS**

We will pay the Life Insurance in one sum.  Other modes of payment may be available upon request.  For details, call Our toll free number shown on the Certificate Face Page.

## LIFE INSURANCE: FOR YOUR DEPENDENTS

If a Dependent dies, Proof of the Dependent's death must be sent to Us.  When We receive such Proof with the claim, We will review the claim and, if We approve it, will pay the Beneficiary the Life Insurance in effect on the life of such Dependent on the date of death.

**PAYMENT OPTIONS**

We will pay the Life Insurance in one sum.  Other modes of payment may be available upon request.  For details, call Our toll free number shown on the Certificate Face Page.

## LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO) FOR YOU

For purposes of this section, the term "ABO Eligible Life Insurance" refers to each of Your Life Insurance benefits for which the Accelerated Benefit Option is shown as available in the SCHEDULE OF BENEFITS.

If You become Terminally Ill, You or Your legal representative have the option to request Us to pay ABO Eligible Life Insurance before Your death.  This is called an accelerated benefit.  The request must be made while ABO Eligible Life Insurance is in effect.

**Terminally Ill or Terminal Illness** means that due to injury or sickness, You are expected to die within 12 months.

### Requirements For Payment of an Accelerated Benefit

Subject to the conditions and requirements of this section, We will pay an accelerated benefit to You or Your legal representative if:

- the amount of each ABO Eligible Life Insurance benefit to be accelerated equals or exceeds $20,000; and
- the ABO Eligible Life Insurance to be accelerated has not been assigned; and
- We have received Proof that You are Terminally Ill.

We will only pay an accelerated benefit for each ABO Eligible Life Insurance benefit once.

### Proof of Your Terminal Illness

We will require the following Proof of Your Terminal Illness:

- a completed accelerated benefit claim form;
- a signed Physician's certification that You are Terminally Ill; and
- an examination by a Physician of Our choice, at Our expense, if We request it.

You or Your legal representative should contact the Policyholder to obtain a claim form and information regarding the accelerated benefit.

Upon Our receipt of Your request to accelerate benefits, We will send You a letter with information about the accelerated benefit payment You requested. Our letter will describe the amount of the accelerated benefits We will pay and the amount of Life Insurance remaining after the accelerated benefit is paid.

### Accelerated Benefit Amount

We will pay an accelerated benefit up to the percentage shown in the SCHEDULE OF BENEFITS for each ABO Eligible Life Insurance benefit in effect for You, subject to the following:

**Maximum Accelerated Benefit Amount.** The maximum amount We will pay for each ABO Eligible Life Insurance benefit is shown in the SCHEDULE OF BENEFITS.

**Scheduled Reduction of an ABO Eligible Life Insurance Benefit.**  If an ABO Eligible Life Insurance benefit is scheduled to reduce within the 12 month period after the date You or Your legal representative request an accelerated benefit, We will calculate the accelerated benefit using the amount of such ABO Eligible Life Insurance that will be in effect immediately after the reduction(s) scheduled for such period.

**Scheduled End of an ABO Eligible Life Insurance Benefit.**  If an ABO Eligible Life Insurance benefit is scheduled to end within 12 months after the date You or Your legal representative request an accelerated benefit, We will not pay an accelerated benefit for such ABO Eligible Life Insurance benefit.

## LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO) FOR YOU (continued)

**Previous Conversion of an ABO Eligible Life Insurance Benefit.**  We will not pay an accelerated benefit for any amount of ABO Eligible Life Insurance which You previously converted under the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOU.

We will pay the accelerated benefit in one sum unless You or Your legal representative select another payment mode.

### Effect of Payment of an Accelerated Benefit

**On Contribution for Your Life Insurance.**  After We pay the accelerated benefit, any future contributions for Life Insurance You are required to pay will be waived.

**On Your Life Insurance at Your death.** The amount of Life Insurance that We will pay at Your death will be decreased by the amount of the accelerated benefit paid by Us.

**On Your Life Insurance at conversion.**  The amount to which You are entitled to convert under the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOU will be decreased by the amount of the accelerated benefit paid by Us.

**On Your Accidental Death and Dismemberment Insurance.**  Payment of an accelerated benefit will not affect Your Accidental Death and Dismemberment Insurance.

### Date Your Option to Accelerate Benefits Ends

The accelerated benefit option will end on the earliest of:

- the date the ABO Eligible Life Insurance ends;
- the date You or Your legal representative assign all ABO Eligible Life Insurance; or
- the date You or Your legal representative have accelerated all ABO Eligible Life Insurance benefits.

# LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO) FOR YOUR SPOUSE

If Your Spouse becomes Terminally Ill, You or Your legal representative have the option to request Us to pay Life Insurance for Your Spouse before their death.  This is called an accelerated benefit.  The request must be made while Life Insurance for Your Spouse is in effect.

**Terminally Ill or Terminal Illness** means that due to injury or sickness, Your Spouse is expected to die within 12 months.

**Requirements For Payment of an Accelerated Benefit**

Subject to the conditions and requirements of this section, We will pay an accelerated benefit to You or Your legal representative if:

- the amount of Life Insurance for the Terminally Ill Spouse equals or exceeds $20,000; and
- the ABO Eligible Life Insurance to be accelerated has not been assigned; and
- We have received Proof that Your Spouse is Terminally Ill.

We will only pay an accelerated benefit for Life Insurance for Your Spouse once.

**Proof of Your Spouse's Terminal Illness**

We will require the following Proof of Your Spouse's Terminal Illness:

- a completed accelerated benefit claim form;
- a signed Physician's certification that Your Spouse is Terminally Ill; and
- an examination by a Physician of Our choice, at Our expense, if We request it.

You or Your legal representative should contact the Us to obtain a claim form and information regarding the accelerated benefit.

Upon Our receipt of Your request to accelerate benefits, We will send You a letter with information about the accelerated benefit payment You requested. Our letter will describe the amount of the accelerated benefits We will pay and the amount of Life Insurance remaining after the accelerated benefit is paid.

**Accelerated Benefit Amount**

We will pay an accelerated benefit up to the percentage shown in the SCHEDULE OF BENEFITS for the amount of Life Insurance in effect for a Terminally Ill Spouse, subject to the following:

   **Maximum Accelerated Benefit Amount.**  The maximum amount We will pay is shown in the SCHEDULE OF BENEFITS.

   **Scheduled Reduction of Life Insurance for a Terminally Ill Spouse**.  If the Life Insurance in effect for a Terminally Ill Spouse is scheduled to reduce within the 12 month period after the date You or Your legal representative request an accelerated benefit, We will calculate the accelerated benefit using the amount of Life Insurance that will be in effect for Your Spouse immediately after the reduction(s) scheduled for such period.

   **Scheduled end of Life Insurance for a Terminally Ill Spouse**.  If the Life Insurance in effect for a Terminally Ill Spouse is scheduled to end within 12 months after the date You or Your legal representative request an accelerated benefit, We will not pay an accelerated benefit.

We will pay the accelerated benefit in one sum unless You or Your legal representative select another payment mode.

## LIFE INSURANCE: ACCELERATED BENEFIT OPTION (ABO) FOR YOUR SPOUSE (continued)

**Effect of Payment of an Accelerated Benefit**

**On Contribution for Life Insurance.**  After We pay the accelerated benefit, any future contributions for Life Insurance You are required to pay for Life Insurance for Your Spouse will be waived.

**On Payment of Life Insurance at a Dependent's death.**  The amount of Life Insurance that We will pay at death of Your Spouse for whom We paid an accelerated benefit will be decreased by the amount of the accelerated benefit paid by Us for such Dependent.

**On Life Insurance at conversion.**  The amount to which Your Spouse for whom We paid an accelerated benefit is entitled to convert under the section entitled LIFE INSURANCE: CONVERSION OPTION FOR YOUR DEPENDENTS provision will be decreased by the amount of the accelerated benefit paid by Us for Your Spouse.

**On Your Dependents' Accidental Death and Dismemberment Insurance.**  Payment of an accelerated benefit will not affect Your Dependents' Accidental Death and Dismemberment Insurance.

**Date Your Option to Accelerate Benefits Ends**

The accelerated benefit option for Your Spouse will end on the earliest of:

- the date Life Insurance for Your Spouse ends;
- the date Your rights in Life Insurance for Your Spouse are assigned; or
- the date You or Your legal representative have accelerated all Dependent Life Insurance benefits.

## LIFE INSURANCE: CONVERSION OPTION FOR YOU

If Your life insurance ends for any of the reasons stated below, You have the option to buy an individual policy of life insurance ("new policy") from Us during the Application Period in accordance with the conditions and requirements of this section.  This is referred to as the "option to convert".  Evidence of Your insurability will not be required.

**When You Will Have the Option to Convert**

You will have the option to convert when:

- Your life insurance ends because:

  - You cease to be in an eligible class;

  - Your employment ends;

  - this Group Policy ends, provided You have been insured for life insurance for at least 5 continuous years; or

  - this Group Policy is amended to end all life insurance for an eligible class of which You are a member, provided You have been insured for at least 5 continuous years.

A reduction in the amount of Your life insurance as a result of the payment of an accelerated benefit will not give rise to a right to convert under this section.

**Application Period**

If You opt to convert Your life insurance for any of the reasons stated above, We must receive a completed conversion application form from You within the Application Period described below.

If You are given Written notice of the option to convert within 15 days before or after the date Your life insurance ends, the Application Period begins on the date that such life insurance ends and expires 31 days after such date.

If You are given Written notice of the option to convert more than 15 days after the date Your life insurance ends, the Application Period begins on the date such life insurance ends and expires 25 days from the date of such notice.  In no event will the Application Period exceed 91 days from the date Your life insurance ends.

**Option Conditions**

The option to convert is subject to the following:

A.  Our receipt within the Application Period of:

- Your Written application for the new policy; and

- the premium due for such new policy;

B.  the premium rates for the new policy will be based on:

- Our rates then in use;

- the form and amount of insurance for which you apply;

- Your class of risk; and

- Your age;

C.  the new policy may be on any form then customarily offered by Us excluding term insurance;

D.  the new policy will be issued without an accidental death and dismemberment benefit, an accelerated benefit option, a waiver of premium benefit or any other rider or additional benefit; and

E.  the new policy will take effect on the 32nd day after the date Your life insurance ends; this will be the case regardless of the duration of the Application Period.

## LIFE INSURANCE: CONVERSION OPTION FOR YOU (continued)

**Maximum Amount of the New Policy**

If Your Life Insurance ends due to the end of this Group Policy or the amendment of this Group Policy to end all life insurance for an eligible class of which You are a member, the maximum amount of insurance that You may elect for the new policy is the lesser of:

- the amount of Your life insurance that ends under this Group Policy less the amount of life insurance for which You become eligible under any group policy within 31 days after the date insurance ends under this Group Policy; or
- $10,000.

If Your life insurance ends due to the Policyholder's organizational restructuring, the maximum amount of insurance that You may elect for the new policy is the amount of Your life insurance that ends under this Group Policy less the amount of life insurance for which You become eligible under any other group policy within 31 days after the date insurance ends under this Group Policy.

If Your life insurance ends for any other reason, the maximum amount of insurance that You may elect for the new policy is the amount of Your life insurance which ends under this Group Policy.

## ADDITIONAL PROVISIONS IF YOU DIE

**If You Die Within 31 Days After Your Life Insurance Ends**

If You die within 31 days after Your life insurance ends, Proof of Your death must be sent to Us.  When We receive such Proof with the claim, We will review the claim and if We approve it will pay the Beneficiary.  The amount We will pay is the amount You were entitled to convert.

The amount You were entitled to convert will not be paid as insurance under both a new individual conversion policy and the Group Policy.

## LIFE INSURANCE: CONVERSION OPTION FOR YOUR DEPENDENTS

If life insurance for a Dependent ends for any of the reasons stated below, You or that Dependent will have the option to buy from Us an individual policy of life insurance on the life of the Dependent ("new policy") during the Application Period in accordance with the conditions and requirements of this section. This is referred to as "the option to convert".  Evidence of the Dependent's insurability will not be required.

**When You or a Dependent Will Have the Option to Convert**

You will have the option to convert life insurance for a Dependent when:

- life insurance for the Dependent ends because:

  - You cease to be in an eligible class;

  - Your employment ends;

  - this Group Policy ends, provided You have been insured for life insurance for the Dependent for at least 5 continuous years; or

  - this Group Policy is amended to end all life insurance for Dependents for an eligible class of which You are a member, provided You have been insured for life insurance for the Dependent for at least 5 continuous years.

A Dependent will have the option to convert when:

  - life insurance for such Dependent ends because that Dependent ceases to qualify as a Dependent as defined in this certificate, or
  - You die.

A reduction in the amount of life insurance for a Dependent as a result of the payment of an accelerated benefit will not give rise to a right to convert under this section.

You must notify  in the event that a Dependent ceases to qualify as a Dependent as defined in this certificate.

**Application Period**

If You or a Dependent opt to convert as stated above, We must receive a completed conversion application form within the Application Period described below.

If Written notice of the option to convert is given within 15 days before or after the date life insurance for a Dependent ends, the Application Period begins on the date that such life insurance ends and expires 31 days after such date.

If Written notice of the option to convert is given more than 15 days after the date life insurance for the Dependent ends, the Application Period begins on the date such life insurance ends and expires 25 days from the date of such notice.  In no event will the Application Period exceed 91 days from the date Life Insurance for the Dependent ends.

## LIFE INSURANCE: CONVERSION OPTION FOR YOUR DEPENDENTS (continued)

**Option Conditions**

The option to convert is subject to the following:

A.  Our receipt within the Application Period of:

  - a Written application for the new policy for the Dependent; and
  - the premium due for such new policy;

B.  the premium rates for the new policy will be based on:

  - Our rates then in use;
  - the form and amount of insurance which is applied for;
  - the Dependent's class of risk; and
  - the Dependent's age;

C.  the new policy may be on any form then customarily offered by Us excluding term insurance;

D.  the new policy will be issued without an accidental death and dismemberment benefit, an accelerated benefit option, waiver of premium benefit or any other rider or additional benefit; and

E.  the new policy will take effect on the 32nd day after the date Life Insurance for the Dependent ends; this will be the case regardless of the duration of the Application Period.

**Maximum Amount of the New Policy**

If Life Insurance for a Dependent ends due to the end of this Group Policy or the amendment of this Group Policy to end all life insurance for Dependents for an eligible class of which You are a member, the maximum amount of insurance that may be elected for the new policy is the lesser of:

  - the amount of Life Insurance for the Dependent that ends under this Group Policy less the amount of life insurance for Dependents for which You become eligible under any group policy within 31 days after the date insurance ends under this Group Policy; or
  - $10,000.

If life insurance for a Dependent ends due to the Policyholder's organizational restructuring, the maximum amount of insurance that may be elected for the new policy is the amount of life insurance for the Dependent that ends under this Group Policy less the amount of life insurance for dependents for which You become eligible under any other group policy within 31 days after the date insurance ends under this Group Policy.

If Your life insurance for a Dependent ends for any other reason, the maximum amount of insurance that You may elect for the new policy is the amount of Your life insurance for a Dependent that ends under this Group Policy.

**ADDITIONAL PROVISIONS IF A DEPENDENT DIES**

**If a Dependent Dies Within the 31 Days After Life Insurance for a Dependent Ends**

If a Dependent dies within 31 days after the date life insurance for the Dependent ends, Proof of the Dependent's death must be sent to Us.  When we receive such Proof with the claim, We will review the claim and if We approve it, will pay the Beneficiary.  The amount We will pay is the amount  that could have been converted.

The amount that could have been converted will not be paid as insurance under both a new individual conversion policy and the Group Policy.

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

If You sustain an accidental injury that is the Direct and Sole Cause of a Covered Loss described in the SCHEDULE OF BENEFITS, Proof of the accidental injury and Covered Loss must be sent to Us. When We receive such Proof We will review the claim and, if We approve it, will pay the insurance in effect on the date of the injury.

**Direct and Sole Cause** means that the Covered Loss occurs within 12 months of the date of the accidental injury and was a direct result of the accidental injury, independent of other causes.

We will deem a loss to be the direct result of an accidental injury if it results from unavoidable exposure to the elements and such exposure was a direct result of an accident.

**PRESUMPTION OF DEATH**

You will be presumed to have died as a result of an accidental injury if:

- the aircraft or other vehicle in which You were traveling disappears, sinks, or is wrecked; and
- the body of the person who has disappeared is not found within 1 year of:
  - the date the aircraft or other vehicle was scheduled to have arrived at its destination, if traveling in an aircraft or other vehicle operated by a Common Carrier; or
  - the date the person is reported missing to the authorities, if traveling in any other aircraft or other vehicle.

**EXCLUSIONS  (See notice page for residents of Missouri)**

We will not pay benefits under this section for any loss caused or contributed to by:

1. physical or mental illness or infirmity, or the diagnosis or treatment of such illness or infirmity;
2. infection, other than infection occurring in an external accidental wound;
3. suicide or attempted suicide;
4. intentionally self-inflicted injury;
5. service in the armed forces of any country or international authority. However, service in reserve forces does not constitute service in the armed forces, unless in connection with such reserve service an individual is on active military duty as determined by the applicable military authority other than weekend or summer training.  For purposes of this provision reserve forces are defined as reserve forces of any branch of the military of the United States or of any other country or international authority, including but not limited to the National Guard of the United States or the national guard of any other country;
6. any incident related to:
   - As a pilot, crew member, flight student or while acting in any capacity other than as a passenger; however this exclusion will not apply to a loss sustained by You as a pilot or a crew member if You were hired by the Policyholder or Employer as a pilot or crew member and the loss is sustained while You are acting in that capacity;
   - travel in an aircraft for the purpose of parachuting or otherwise exiting from such aircraft while it is in flight;
   - parachuting or otherwise exiting from an aircraft while such aircraft is in flight, except for self-preservation;
   - travel in an aircraft or device used:
     - for testing or experimental purposes;
     - by or for any military authority; or
     - for travel or designed for travel beyond the earth's atmosphere;
7. committing or attempting to commit a felony;

GCERT2000
add                                          60

**ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE (continued)**

8.  the voluntary intake or use by any means of:

- any drug, medication or sedative, unless it is:

  - taken or used as prescribed by a Physician; or

  - an "over the counter" drug, medication or sedative taken as directed;

- alcohol in combination with any drug, medication, or sedative; or

- poison, gas, or fumes; or

9.  war, whether declared or undeclared; or act of war, insurrection, rebellion or riot.

**Exclusion for Intoxication**

We will not pay benefits under this section for any loss if the injured party is intoxicated at the time of the incident and is the operator of a vehicle or other device involved in the incident.

**Intoxicated** means that the injured person's blood alcohol level met or exceeded the level that creates a legal presumption of intoxication under the laws of the jurisdiction in which the incident occurred.

**BENEFIT PAYMENT**

For loss of Your life, We will pay benefits to Your Beneficiary.

For any other loss sustained by You We will pay benefits to You.

If You sustain more than one Covered Loss due to an accidental injury, the amount We will pay, on behalf of any such injured person, will not exceed the Full Amount.

We will pay benefits in one sum. Other modes of payment may be available upon request. For details call Our toll free number shown on the Certificate Face Page.

**APPLICABILITY OF PROVISIONS**

The provisions set forth in this ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE section apply to all Accidental Death and Dismemberment Insurance – Additional Benefit sections included in this certificate except as may otherwise be provided in such Additional Benefit sections.

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE (continued)

**ADDITIONAL BENEFIT: SEAT BELT USE**

If You or a Dependent die as a result of an accidental injury, We will pay this additional Seat Belt Use benefit if:

1. We pay a benefit for loss of life under the ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE section;

2. this benefit is in effect on the date of the injury; and

3. We receive Proof that the deceased person:

   - was in an accident while driving or riding as a passenger in a Passenger Car;

   - was wearing a Seat Belt which was properly fastened at the time of the accident; and

   - died as a result of injuries sustained in the accident.

A police officer investigating the accident must certify that the Seat Belt was properly fastened.  A copy of such certification must be submitted to Us with the claim for benefits.

**Passenger Car** means any validly registered four-wheel private passenger car, four-wheel drive vehicle, sports-utility vehicle, pick-up truck or mini-van. It does not include any commercially licensed car, any private car being used for commercial purposes, or any vehicle used for recreational or professional racing.

**Seat Belt** means any restraint device that:

- meets published United States Government safety standards;

- is properly installed by the car manufacturer; and

- is not altered after the installation.

**The term includes** any child restraint device that meets the requirements of state law.

**BENEFIT AMOUNT**

The Seat Belt Use benefit is an additional benefit equal to 10% of the Full Amount shown in the SCHEDULE OF BENEFITS. However, the amount We will pay for this benefit will not be less than $1,000 or more than $25,000.

**BENEFIT PAYMENT**

For loss of Your life, We will pay benefits to Your Beneficiary.

For loss of a Dependent's life, We will pay benefits to You.

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE (continued)

**ADDITIONAL BENEFIT: AIR BAG USE**

If You or a Dependent die as a result of an accidental injury, We will pay this additional benefit if:

1. We pay a benefit for loss of life under the ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE section;
2. this benefit is in effect on the date of the injury; and
3. We receive Proof that the deceased person:

   - was in an accident while driving or riding as a passenger in a Passenger Car equipped with an Air Bag(s);
   - was riding in a seat protected by an Air Bag;
   - was wearing a Seat Belt which was properly fastened at the time of the accident; and
   - died as a result of injuries sustained in the accident.

A police officer investigating the accident must certify that the Seat Belt was properly fastened and that the Passenger Car in which the deceased was traveling was equipped with Air Bags. A copy of such certification must be submitted to Us with the claim for benefits.

**Passenger Car** means any validly registered four-wheel private passenger car, four-wheel drive vehicle, sports-utility vehicle, pick-up truck or mini-van. It does not include any commercially licensed car, any private car being used for commercial purposes, or any vehicle used for recreational or professional racing.

**Seat Belt** means any restraint device that:

- meets published United States government safety standards;
- is properly installed by the car manufacturer; and
- is not altered after the installation.

**The term includes** any child restraint device that meets the requirements of state law.

**Air Bag** means an inflatable restraint device that:

- meets published United States government safety standards;
- is properly installed by the car manufacturer; and
- is not altered after the installation.

**BENEFIT AMOUNT**

The Air Bag Use Benefit is an additional benefit equal to 5% of the Full Amount shown in the SCHEDULE OF BENEFITS. However, the amount We will pay for this benefit will not be less than $1,000 or more than $10,000.

**BENEFIT PAYMENT**

For loss of Your life, We will pay benefits to Your Beneficiary.

For a loss of a Dependent's life, We will pay benefits to You.

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE (continued)

**ADDITIONAL BENEFIT: COMMON CARRIER**

If You or a Dependent die as a result of an accidental injury, We will pay this additional benefit if:

1. We pay a benefit for loss of life under the ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE section;

2. this benefit is in effect on the date of the injury; and

3. We receive Proof that the injury resulting in the deceased's death occurred while traveling in a Common Carrier.

**BENEFIT AMOUNT**

The Common Carrier Benefit is shown in the SCHEDULE OF BENEFITS.

**BENEFIT PAYMENT**

For loss of Your life, We will pay benefits to Your Beneficiary.

 For a loss of a Dependent's life, We will pay benefits to You.

## FILING A CLAIM

### CLAIMS FOR LIFE INSURANCE BENEFITS

When there has been the death of an insured person, notify the Recordkeeper by calling 1-515-273-1428. For the purpose of this section, the Recordkeeper is the party designated by the Policyholder to maintain certain records needed to administer the insurance provided under this certificate. This notice should be given to the Recordkeeper as soon as is reasonably possible after the death.  The Recordkeeper will notify Us and a claim form will be sent to the beneficiary or beneficiaries of record.

The beneficiary or beneficiaries should complete the claim form and send it and Proof of the death to Us as instructed on the claim form.

When We receive the claim form and Proof, We will review the claim and, if We approve it, We will pay benefits subject to the terms and provisions of this certificate and the Group Policy.  The benefit amount may be reduced by the amount of any due and unpaid contributions to premium outstanding at the time We make payment.

## FILING A CLAIM

### CLAIMS FOR ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

When there has been a Covered Loss, notify the Recordkeeper by calling 1-515-273-1428.  For the purpose of this section, the Recordkeeper is the party designated by the Policyholder to maintain certain records needed to administer the insurance provided under this certificate.  This notice should be given to the Recordkeeper as soon as is reasonably possible but in any case within 20 days of the Covered Loss.  The Recordkeeper will notify Us and a claim form will be sent to You or the beneficiary or beneficiaries of record.

The claim form should be completed and sent along with Proof of the Covered Loss to Us as instructed on the claim form. If You or the beneficiary have not received a claim form within 15 days of giving notice of the claim, Proof may be sent using any form sufficient to provide Us with the required Proof.

The claimant must give us Proof no later than 90 days after the date of the Covered Loss.

If notice of claim or Proof is not given within the time limits described in this section, the delay will not cause a claim to be denied or reduced if such notice or Proof are given as soon as is reasonably possible.

When We receive the claim form and Proof, We will review the claim and, if We approve it, We will pay benefits subject to the terms and provisions of this certificate and the Group Policy.

**Time Limit on Legal Actions.**  A legal action on a claim may only be brought against Us during a certain period.  This period begins 60 days after the date Proof is filed and ends 3 years after the date such Proof is required.

## GENERAL PROVISIONS

**Assignment**

You may assign Your Life Insurance rights and benefits under the Group Policy as a gift or as a viatical assignment.  You may also assign Your Supplemental Accidental Death and Dismemberment Insurance rights and benefits under the Group Policy as a gift.  We will recognize the assignee(s) under such assignment as owner(s) of Your right, title and interest in the Group Policy if:

1.   a Written form satisfactory to Us, affirming this assignment, has been completed;

2.   the Written form has been Signed by You and the assignee(s);

3.   the Policyholder acknowledges that Your Life Insurance and Supplemental Accidental Death and Dismemberment Insurance being assigned is in force on the life of the assignor; and

4.   the Written form is delivered to Us for recording.

We are not responsible for the validity of an assignment.

You may have made an irrevocable assignment under a group policy that the Group Policy replaces.  In this case, We will recognize the assignee(s) under such assignment as owners of Your right, title and interest under the Group Policy if:

1.   a Written form satisfactory to Us, affirming this assignment, has been completed;

2.   the Written form has been Signed by You, the assignee(s) and the Policyholder; and

3.   the Written form is delivered to Us for recording.

**Beneficiary**

You may designate a Beneficiary in Your application or enrollment form. You may change Your Beneficiary at any time.  To do so, You must send a Signed and dated, Written request to the Policyholder using a form satisfactory to Us. Your Written request to change the Beneficiary must be sent to the Policyholder within 30 days of the date You Sign such request.

You do not need the Beneficiary's consent to make a change.  When We receive the change, it will take effect as of the date You Signed it.  The change will not apply to any payment made in good faith by Us before the change request was recorded.

If two or more Beneficiaries are designated and their shares are not specified, they will share the insurance equally.

If there is no Beneficiary designated or no surviving designated Beneficiary at Your death, We may determine the Beneficiary to be one or more of the following who survive You:

•   Your Spouse or Domestic Partner;

•   Your child(ren);

•   Your parent(s); or

•   Your sibling(s).

Instead of making payment to any of the above, We may pay Your estate.  Any payment made in good faith will discharge our liability to the extent of such payment.  If a Beneficiary or a payee is a minor or incompetent to receive payment, We will pay that person's guardian.

## GENERAL PROVISIONS (continued)

**Suicide (See notice page for residents of Missouri) (See notice page for residents of North Dakota) (See notice page for residents of Washington)**

**If You commit suicide** within 2 years from the date Life Insurance for You takes effect, We will not pay such insurance and Our liability will be limited as follows:

- any premium paid by You will be returned to the Beneficiary; and

- any premium paid by the Policyholder will be returned to the Policyholder.

**If You commit suicide** within 2 years from the date an increase in Your Life Insurance takes effect, We will pay to the Beneficiary the amount of Insurance in effect on the day before the increase.  Any premium You paid for the increase will be returned to the Beneficiary.  Any premium paid by the Policyholder for the increase will be returned to the Policyholder.

**For Dependent Life**

**If a Dependent commits suicide** within 2 years from the date Life Insurance for such Dependent takes effect, We will not pay such insurance and Our liability will be limited as follows:

- any premium paid by You will be returned to the Beneficiary; and

- any premium paid by the Policyholder will be returned to the Policyholder.

**If a Dependent commits suicide** within 2 years from the date an increase in Life Insurance for such Dependent takes effect, We will pay to the Beneficiary the amount of Insurance in effect on the day before the increase.  Any premium You paid for the increase will be returned to the Beneficiary.  Any premium paid by the Policyholder for the increase will be returned to the Policyholder.

**Entire Contract**

Your insurance is provided under a contract of group insurance with the Policyholder.  The entire contract with the Policyholder is made up of the following:

1. the Group Policy and its Exhibits, which include the certificate(s);

2. the Policyholder's application; and

3. any amendments and/or endorsements to the Group Policy.

**Incontestability:  Statements Made by You**

Any statement made by You will be considered a representation and not a warranty.  We will not use such statement to avoid insurance, reduce benefits or defend a claim unless the following requirements are met:

1. the statement is in a Written application or enrollment form;

2. You have Signed the application or enrollment form; and

3. a copy of the application or enrollment form has been given to You or Your Beneficiary.

For Life Insurance

We will not use Your statements which relate to insurability to contest insurance after it has been in force for 2 years during Your life.  In addition, We will not use such statements to contest an increase or benefit addition to such insurance after the increase or benefit has been in force for 2 years during Your life.

## GENERAL PROVISIONS (continued)

For Accidental Death and Dismemberment Insurance

We will not use Your statements which relate to insurability to contest Accidental Death and Dismemberment Insurance after it has been in force for 2 years during Your life, unless the statement is fraudulent.  In addition, We will not use such statements to contest an increase or benefit addition to such insurance after the increase or benefit has been in force for 2 years during Your life, unless the statement is fraudulent.

**Misstatement of Age**

If Your age is misstated, the correct age will be used to determine if insurance is in effect and, as appropriate, We will adjust the benefits and/or premiums.

**Conformity with Law**

If the terms and provisions of this certificate do not conform to any applicable law, this certificate shall be interpreted to so conform.

**Physical Exams**

If a claim is submitted for insurance benefits other than life insurance benefits, We have the right to ask the insured to be examined by a Physician(s) of Our choice as often as is reasonably necessary to process the claim.  We will pay the cost of such exam.

**Autopsy**

We have the right to make a reasonable request for an autopsy where permitted by law.  Any such request will set forth the reasons We are requesting the autopsy.

**THE PRECEDING PAGE IS THE END OF THE CERTIFICATE.**

**THE FOLLOWING IS ADDITIONAL INFORMATION.**

**For information about the Will Preparation Service and Estate Resolution Service, you may contact the provider, Hyatt Legal Plans, Inc. by phone.**


**Phone: 1-800-821-6400**